**EXHIBIT. D**

STATE OF NEW YORK
COUNTY OF ALBANY    SUPREME COURT
------------------------------------------------------------------x
In the Matter of the Application of

WAYNE P. VANCE

for Poor Person Status pursuant to
CPLR §1101(f).
------------------------------------------------------------------x

ORDER

INDEX # 127-17

DIN # 12B3682

ORI # NY001035J

Nature of Action or Proceeding: Article 78

The above-named inmate under sentence for conviction of a crime and having made application pursuant to CPLR §1101(f) for Poor Person status,

It is hereby ORDERED that this application is:

☐ DENIED, and all applicable filing fees must be paid by the inmate within 120 days of the date of this order, or else the action/proceeding shall be deemed dismissed without further order of the court.

☑ GRANTED, and the inmate is directed to pay a reduced filing fee of $ 30.00 and he/she shall be liable for no other fees in the action/proceeding before this court unless a recovery by judgment or by settlement is had in his/her favor in which event the court may direct him/her to pay out of the recovery all or part of such fees as are hereby forgiven.

It is further ORDERED:

☑ That the inmate IS NOT REQUIRED to make any initial payment to the court of a portion of the reduced filing fee. The full amount of the reduced filing fee shall be reported to the superintendent or other public official in charge of the facility where the inmate is confined, who shall collect such amount from the inmate in the same manner as mandatory surcharges are collected pursuant to section 60.35(5) of the Penal Law.

☐ That the inmate IS REQUIRED to make an initial payment of $ _____, of the reduced filing fee. Once such initial payment is fully received by the court, the amount of the difference between such initial payment and the reduced filing fee, or $_____, shall be assessed as an outstanding obligation of the inmate and reported to the superintendent or other public official in charge of the facility where the inmate is confined, who shall collect such amount from the inmate in the same manner as mandatory surcharges are collected pursuant to section 60.35(5) of the Penal Law.

Dated: January 10, 2017
at Albany, New York

_____
Acting Justice of the Supreme Court
Hon. Roger D. McDonough, A.J.S.C.

Copies:    COURT / COUNTY CLERK        FACILITY        INMATE

STATE OF NEW YORK
COUNTY OF ALBANY    SUPREME COURT
-----------------------------------------------------------------x
In the Matter of the Application of

WAYNE P. VANCE

for Poor Person Status pursuant to
CPLR §1101(f).
-----------------------------------------------------------------x

ORDER

INDEX # 1990-17

DIN # 12-B-3682

ORI # NY001035J

Nature of Action or Proceeding: Article 78

The above-named inmate under sentence for conviction of a crime and having made application pursuant to CPLR §1101(f) for Poor Person status,

It is hereby ORDERED that this application is:

- ☐ DENIED, and all applicable filing fees must be paid by the inmate within 120 days of the date of this order, or else the action/proceeding shall be deemed dismissed without further order of the court.

- ☑ GRANTED, and the inmate is directed to pay a reduced filing fee of $ _15.00_ and he/she shall be liable for no other fees in the action/proceeding before this court unless a recovery by judgment or by settlement is had in his/her favor in which event the court may direct him/her to pay out of the recovery all or part of such fees as are hereby forgiven.

It is further ORDERED:

- ☑ That the inmate IS NOT REQUIRED to make any initial payment to the court of a portion of the reduced filing fee. The full amount of the reduced filing fee shall be reported to the superintendent or other public official in charge of the facility where the inmate is confined, who shall collect such amount from the inmate in the same manner as mandatory surcharges are collected pursuant to section 60.35(5) of the Penal Law.

- ☐ That the inmate IS REQUIRED to make an initial payment of $ _____, of the reduced filing fee. Once such initial payment is fully received by the court, the amount of the difference between such initial payment and the reduced filing fee, or $_____, shall be assessed as an outstanding obligation of the inmate and reported to the superintendent or other public official in charge of the facility where the inmate is confined, who shall collect such amount from the inmate in the same manner as mandatory surcharges are collected pursuant to section 60.35(5) of the Penal Law.

Dated: _March 30, 2017_    _____
at Albany, New York              Acting Justice of the Supreme Court

Copies:    COURT / COUNTY CLERK         FACILITY         INMATE

RESPROS - 25033   RA014   0000 0002   00   2252163311285292

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15368
ALBANY NY 12212-5368

**EXHIBIT: E**

**CHILD SUPPORT BILL
AS OF
11/25/2016**

New York Case Identifier:
BQ93597P2

Support Due To:
HICKS, SHAWNDRINA PAYEE

#BWNMVWF
#0080 054A 2253 42C3#

VANCE, WAYNE P SR
C/O UPSTATE CF    12B3682
PO BOX 2000 BARE HILL ROAD
MALONE NY 12953-0900

**NYS CHILD SUPPORT HELPLINE**
Contact us by phone at 888-208-4485
TTY at 866-875-9975
Video Relay Service
(fcc.gov/encyclopedia/trs-providers)

## ACCOUNT INFORMATION

| | | |
|---|---|---|
| Previous Past Due Balance: | $500.00 | |
| Obligations Charged: | $0.00 | |
| Interest Charged: | $0.00 | |
| Payments Received: | $0.00 | |
| New Past Due Balance: | $500.00 | |
| **TOTAL ARREARS OWED:** | **$500.00** | |

**DATE OF COLLECTION AND PAYMENT AMOUNT:**

Next Payment Due Dates:

| | |
|---|---|
| 12/05 | 03/05 |
| 01/05 | 04/05 |
| 02/05 | 05/05 |

*Payments received after the summary "As Of" date will appear on next month's statement.*

**TOTAL AMOUNT TO PAY***

| | | |
|---|---|---|
| Current Obligation: | $25.00 | Monthly |
| Arrears Obligation: | $0.00 | |
| Additional Amount: | $12.50 | Monthly |

### PAYMENT INSTRUCTIONS

You may pay by check, money order, or online, if you are not paying by income withholding. If you are paying by check or money order, make it payable to the **NYS Child Support Processing Center** and write your **New York Case Identifier** shown above on the check or money order. Mail your payment to **NYS Child Support Processing Center, PO Box 15363, Albany NY 12212-5363**. You may use the coupon below. To create additional coupons, log on to New York State Child Support website at **childsupport.ny.gov** and CLICK on **NONCUSTODIAL PARENT SERVICES** on the NAVIGATION BAR. To pay online, go to **e-childspay.com** or **expertpay.com** for more information.

*The "TOTAL AMOUNT TO PAY" is the total of any "Current Obligation," "Arrears Obligation," and "Additional Amount" (50% of the current obligation) that you owe. You must pay the additional amount until the "TOTAL ARREARS OWED" is paid in full. By doing this you may avoid administrative or court enforcement actions. If you cannot pay the "TOTAL AMOUNT TO PAY" call the NYS Child Support Helpline for assistance.

### CHANGE OF ADDRESS

If you have a change of address you may call the NYS Child Support Helpline to report the change OR complete the address section of the coupon provided below and mail the coupon to us with your payment.

✂ Cut Here ------------------------------------------------------------

RESPROS - 25033   14

**CHILD SUPPORT PAYMENT COUPON**

Please print address change below

| | |
|---|---|
| NY Case Identifier: | BQ93597P2 |
| Noncustodial Parent: | VANCE, WAYNE P SR |
| Custodial Parent: | HICKS, SHAWNDRINA PAYEE |

AMOUNT ENCLOSED  $



025033-01-01

Include this coupon with your payment. Do NOT fold, staple or mutilate.