MAY 30, 2018

COURT CLERK
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 2 1 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

DEAR CLERK OF THIS COURT:

    ENCLOSED PLEASE FIND AN ORIGINAL COPY OF THE CIVIL COVER SHEET, COMPLAINT, DISCOVERY MOTION, ORDER TO SHOW CAUSE, MOTION FOR POOR PERSON RELIEF, COVER LETTER AND PROOF OF SERVICE UPON THIS COURT TO COMMENCE A SECTION 1983 CIVIL ACTION TO DEFEND AND PROTECT MY RIGHTS GUARANTEED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES FOR A LONG TRAIN OF ABUSES AND REPEATED VIOLATIONS OF MY HUMAN RIGHTS BY THE DEFENDANTS.

    AT THIS TIME, THE DISCOVERY MOTION IS BEING SUBMITTED FOR A REASONABLE RETURN DATE IF THIS COURT WILL ALLOW IT TO BE FILED BEFORE THE COMPLAINT IS ANSWERED BY THE STATE OF NEW YORK ATTORNEY GENERAL. I WILL RESUBMIT THE DISCOVERY MOTION ALONG WITH THE COPIES OF THE COMPLAINT, SUMMONS, PROCESS RECEIPT AND RETURN FORMS AND OTHER NECESSARY PAPERS IF THIS COURT GIVES PERMISSION FOR SUCH AN ACTION.

    YOUR COOPERATION AND HELP WILL BE GREATLY APPRECIATED IN THIS MATTER.

**RESPECTFULLY SUBMITTED,**

W~ P. V~

WAYNE PHILLIP VANCE 12B3682
GREAT MEADOW CORRECTIONAL FAC
11739 STATE ROUTE 22
P.O. BOX 51
COMSTOCK, NEW YORK 12821

# AFFIDAVIT OF SERVICE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 21 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

I **WAYNE PHILLIP VANCE 1283682**, BEING DULY SWORN DEPOSES AND SAYS:

THAT I SERVE AN ORIGINAL COPY OF THE **CIVIL COVER SHEET**, **COMPLAINT**, **DISCOVERY MOTION**, **MOTION TO PROCEED AS A POOR PERSON**, **COVER LETTER** AND **PROOF OF SERVICE** BY PLACING SAID DOCUMENTS INTO A PROPERLY ADDRESSED LEGAL ENVELOPE AND PLACING SAID LEGAL ENVELOPE INTO THE HANDS OF A SCHOOL GATE OFFICER TO BE TAKEN TO THE BUSINESS OFFICE AT GREAT MEADOW CORRECTIONAL FACILITY FOR THE PROCESSING AND CERTIFIED MAILING UPON THE CLERK OF THE UNITED STATES DISTRICT COURT IN ALBANY COUNTY, LOCATED AT 445 BROADWAY - ROOM 509, ALBANY, NEW YORK 12207, ON THE **19TH** DAY OF **JUNE** 2018.

CERTIFIED MAIL ARTICLE # **7017 1450 0000 3971 5583**
RETURN RECEIPT USPS TRACKING # **9590 9402 1706 6053 8323 48**

I HAD ALSO SERVED AN ORIGINAL COPY OF THE **ORDER TO SHOW CAUSE** ALONG WITH THE ABOVE SAID DOCUMENTS BY THE ABOVE SAID MEANS ON THE ABOVE SAID DATE.

I HAD ALSO SERVED A COPY OF **EXHIBITS D AND E** ALONG WITH THE ABOVE SAID DOCUMENTS BY THE ABOVE SAID MEANS ON THE ABOVE SAID DATE.

RESPECTFULLY SUBMITTED,

WAYNE PHILLIP VANCE 1283682
GREAT MEADOW CORRECTIONAL FACILITY
11739 STATE ROUTE 22
P.O. BOX 51
COMSTOCK, NEW YORK 12821

SWORN TO BEFORE ME THIS 22 DAY OF May 2018.

_____
NOTARY PUBLIC

Edward C. Carpenter
Notary Public, State of New York
Qualified in Washington Co. No. 01CA6193364
My Commission Expires September 15, 20 20

# CIVIL COVER SHEET

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 21 2018
LAWRENCE K. BAERMAN
ALBANY

JS 44 (Rev. 12/12)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WAYNE PHILLIP VANCE, 1283682,

**DEFENDANTS** THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ET AL.

(b) County of Residence of First Listed Plaintiff **WASHINGTON**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **ALBANY COUNTY**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
**ASSIGNED COUNSEL INFO.**

Attorneys *(If Known)*
ATTORNEY GENERAL, ERIC T. SCHNEIDERMAN
THE CAPITOL
ALBANY, NEW YORK 12224

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☒ 895 Freedom of Information Act
- ☒ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**DIVERSITY** ☒ YES ___ NO

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**42 U.S.C § 1983 CIVIL ACTION**
Brief description of cause:
**CONTINUOUS ABUSE AND REPEATED HUMAN RIGHTS VIOLATIONS**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $ $250,000,000,000 DOLLARS**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:
JUDGE **N/A**    DOCKET NUMBER **N/A**

DATE **4-11-18**    SIGNATURE **W.T. P.V. PRO SE**

**COURT APPOINTED ATTORNEY UPON THE GRANTING OF POOR PERSON RELIEF**

FOR OFFICE USE ONLY