# EXHIBIT

# 1

W. VANCE   12B3682                                              UPSTATE

| | Grievance Number | Desig./Code | Date Filed |
|---|---|---|---|
| **NEW YORK STATE** Corrections and Community Supervision | CL-69503-16 | I/49 | 5/19/16 |
| | Associated Cases | | Hearing Date 12/7/16 |
| ANDREW M. CUOMO  Governor   ANTHONY J. ANNUCCI  Acting Commissioner | Facility  Clinton Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM**  **CENTRAL OFFICE REVIEW COMMITTEE** | Title of Grievance  Assaulted By Security | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part.

CORC notes that the facility administration has conducted an investigation. CORC further notes that the grievant was involved in an appropriately documented Use of Force and Unusual Incident (UOF/UI) on 5/11/16 after assaulting staff. He was seen by medical staff immediately following the incident for a contusion to his eyebrow, a red area to his shoulder and hand and leg pain. All staff named in the UOF/UI indicate that only the force necessary to gain the grievant's compliance was used. It is also noted that his allegations of excessive force are currently being investigated by the Office of Special Investigations. In addition, he was issued a Tier III misbehavior report for his actions on 5/11/16, which is currently being reheard at the facility. CORC advises him to address safety or security concerns to area supervisory staff, at that time and medical issues via sick call.

CORC notes that the grievant has been transferred.

RAL/lc
--------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------

Received

JAN – 9 2017

Inmate Grievance
Supervisor

This document has been electronically signed by Jeffery A. Hale

After review of information provided, this grievance is to be denied. There is no evidence of policy violation or improper staff conduct here.

A security supervisor conducted an investigation into the allegations brought forth by the grievant. The investigation included an interview with the grievant, staff members named in the complaint and a review of the documents available from the incident described by the grievant.

The incident described by the grievant is fully documented Unusual Incident (UI# 16-0125) and Use of Force (UOF# 16-0046). The employees identified in this complaint have documented the incident through both disciplinary and use of force reports. Furthermore, physical force became necessary when the grievant chose to assault staff.

There is absolutely no evidence to support the allegations in this case.

PD/klb

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

_____

| GRIEVANT'S SIGNATURE | DATE |
|---|---|
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

a

# GRIEVANCE COMPLAINT

INMATE : WAYNE P. VANCE
DIN : 12B3632
DATE : MAY 15, 2016

CL-69503-16
RECEIVED
MAY 1 8 2016
IGRC CLERK

BOX STATUS

UNIT 14 CELL # 8

## DESCRIPTION OF PROBLEM:

ON MAY 11, 2016 AT APPROXIMATELY 9:45 AM WHILE COMIN OFF "9 COMPANY IN THE UPPER F BLOCK", ASSIGNED C.OFFICERS WHO WERE WATCHIN THE BREAKFAST CHOW RUN BEAT ME UP VERY BADLY WITHOUT ANY JUSTIFICATION FOR THERE ACTION, AND THEN ESCORTED ME TO THE BOX AFTER SEEIN MEDICAL AT CLINTON. I WAS NOT TAKEN TO A OUTSIDE HOSPITAL WITH THE SERIOUS INJURIES I RECEIVED FROM APPROXIMATELY 5 OR MORE C.OFFICERS ATTACK ON ME (5'7 IN/ABOUT 155 POUNDS)

MY RIGHT EYE WAS SWOLLEN SHUT WITH A CUT ACROSS IT UNDER MY EYEBROW, MEDICAL BUTTERFLY STITCHED THE CUT AND TOOK X-RAYS OF MY FACE AFTERWARDS. MY LEG IS INJURED WHICH HAS BEEN SWOLLEN SINCE THE INCIDENT, I BELIEVE IT IS FRACTURED AND SOMETHING IS WRONG WITH MY KNEE BE-CAUSE IT IS SWOLLEN TOO. MY LEG IS ABOUT TO BE X-RAYED ON 5-16-16 AND HOPEFULLY TREATED AFTER VARIOUS COMPLAINTS ABOUT MY INJURY. NO OTHER X-RAYS WERE TAKEN ON THE "DAY OF THE INCIDENT" SUCH AS CHEST, HAND, STOMACH AREA, LEGS, BACK, NECK ETC ...JUST FACIAL X-RAY WERE TAKEN ON MAY 11, 2016.

W P V 12B3632

## ACTION REQUESTED

I WOULD LIKE FOR I.G.R.C TO INVESTIGATE THIS SITUATION AND ADDRESS IT ON MY BEHALF, I SHOULD NOT BE IN THE BOX BECAUSE C.OFFICERS FELT LIKE VIOLATING ME FOR NO REASON AT ALL. I AM IN PAIN STILL BUT THE IBUPROFEN HELPS ME GET BY. PLEASE HELP ME WITH THIS ONGOING PROBLEM WITH THE OFFICERS

3

| | | Grievance Number | Desig./Code | Date Filed |
|---|---|---|---|---|
| **NEW YORK STATE** | Corrections and Community Supervision | UST-59234-16 | I/49 | 9/26/16 |
| | | Associated Cases | | Hearing Date |
| | | | | 6/28/17 |

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

Facility
Upstate Correctional Facility

**INMATE GRIEVANCE PROGRAM**
**CENTRAL OFFICE REVIEW COMMITTEE**

Title of Grievance
Assaulted By Officers

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was involved in an appropriately documented Use of Force and Unusual Incident on 8/26/16 for assault on staff. He was immediately examined by medical staff for a superficial scrape on his right shoulder. He subsequently received a Tier III misbehavior report and was found guilty at the 9/9/16 hearing. In addition, CO's B..., C..., Ruf... and Rus... deny assaulting the grievant and CO Rus... denies tampering with his mail. CORC advises the grievant to address safety concerns to area supervisory staff and transfer concerns to his assigned ORC.

CORC notes that a disciplinary hearing may be appealed in accordance with 7 NYCRR, Chapter V, and that this appeal mechanism affords the opportunity to remedy any factual or procedural errors in a disciplinary report.

With regard to the grievant's appeal, CORC has not been presented with sufficient evidence of malfeasance by staff.

TAB/
--------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------

This document has been electronically signed by Annemarie Mcgrath

4

| NEW YORK STATE Corrections and Community Supervision | Grievance No. UST-59234-16 | | Date Filed 9/26/2016 |
|---|---|---|---|
| | Facility Upstate Correctional Facility | | Policy Designation |
| INMATE GRIEVANCE PROGRAM DONALD G. UHLER Superintendent | Title of Grievance Alleged physical assault | | Class Code 49 |
| | Superintendent's Signature | | Date 10/19/16 |
| Grievant: VANCE, W | DIN # 12B3682 | | Housing Unit 11-C-04B |

Grievant is advised that the allegations contained in this complaint have been investigated. The investigation included an interview of the grievant by the investigating supervisor, as well as interviews of the staff members identified by the grievant.

The grievant was interviewed by a security supervisor regarding this complaint and offered no additional information to his written complaint and provided no witnesses to the alleged incident.

The staff members identified in the complaint provided written memorandum denying they assaulted the grievant.

Upon review of the information submitted, no misconduct by staff was found and no further action will be taken at this time. Grievance is denied.

**Appeal Statement**

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

THERE IS ABSOLUTELY NO WAY I ASSAULTED STAFF WITH MECHANICAL RESTRAINTS APPLIED to my HANDS/WRIST. i WAS ASSAULTED BY ESCORTING OFFICERS WITHOUT ANY JUSTIFICATION OR PROVOCATION.

Grievant's Signature     12B3682

10/23/16
Date

10/25/16

M.R. 9/26/16
USH 59234-16

WAYNE P. VANCE 12B3632   **UPSTATE C.F**   SEPT 22, 2016
SUBJECT: ASSAULT BY STAFF           11-C-4B

**DESCRIPTION OF PROBLEM:** ON SEPTEMBER 13, 2016, OFFICER J. RUSSELL HAD COLLECTED MY ASSAULT BY STAFF GRIEVANCE COMPLAINT IN THE MOURNING DURING THE MAIL RUN. I HAVE'NT RECEIVED A RESPONSE FROM IGRC REGARDING THIS GRIEVANCE. I WOULD LIKE TO RESUBMIT THE SAME GRIEVANCE BECAUSE I'M NOT ACCOUNTABLE FOR THE HELD ACTIONS OF CORRECTIONAL STAFF AND THE GRIEVANCE SHOULD HAVE BEEN RECEIVED AND ADDRESSED. ON AUGUST 26, 2016, OFFICER J. RUSSELL AND ESCORTING OFFICER HAD ESCORTED ME FROM 11-A-12B TO 11-C-37B DUE TO MY PIMS LEVEL INCREASE. THE OFFICERS HAD GIVEN ME A DIRECT ORDER TO ENTER THE CELL, UPON ENTERING 11-C-37 CELL - I WALKED INTO THE CELL TO SAT MY PERSONAL PROPERTY DOWN, AND I NOTICED THAT THE BOTTOM MATTRESS WAS MISSING AND THAT THE CELL DOOR DID NOT CLOSE BEHIND ME AS USUAL. I THEN TURNED AROUND TO FACE THE OFFICERS TO EXPLAIN THAT THE MATTRESS WAS MISSING, AND THE OFFICERS HAD RUSHED INTO THE CELL AND FORCED ME INTO THE TABLE AREA AND THEN FORCED ME TO THE GROUND. WHILE IN THE GROUND, I WAS PUNCHED IN MY FACE A FEW TIMES BY OFFICER J. RUSSELL. OFFICER J. RUSSELL HAD ALSO KNEED ME IN THE LEFT LOWER RIB AREA. RESPONDING STAFF HAD ARRIVED AND STEPPED ON MY LEFT LEG REPEATLY WHILE CONTROLLING MY LEGS. RESPONSING STAFF HAD ESCORTED ME TO MEDICAL IN A WHEELCHAIR. MY LEFT LOWER RIB BONE IS STICKING OUT MY SIDE. I HAVE A CARBON COPY OF THE GRIEVANCE COMPLAINT THAT WAS COLLECTED BY OFFICER J. RUSSELL IF YOU NEED IT AS WELL. I WILL ...............

**ACTION REQUESTED:** I WOULD LIKE TO BE REMOVED FROM THIS SHU FACILITY BECAUSE I AM IN HARMS WAY. I AM SUBJECT TO MORE PROBLEMS AT THIS FACILITY.

6

WAYNE VANCE 12B3632

| | Grievance Number CL-69572-16 | Desig /Code I/22 | Date Filed 5/25/16 |
|---|---|---|---|
| **NEW YORK STATE** Corrections and Community Supervision | Associated Cases | | Hearing Date 2/1/17 |
| ANDREW M. CUOMO Governor    ANTHONY J. ANNUCCI Acting Commissioner | Facility Clinton Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM** **CENTRAL OFFICE REVIEW COMMITTEE** | Title of Grievance Medical Treatment For Injuries | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was involved in a properly documented Use of Force and Unusual Incident on 5/11/16 after assaulting staff. He was seen immediately following the incident for a contusion to his eyebrow, a red area to his shoulder, and hand and leg pain. Facial x-rays on 5/11/16 were normal, and x-rays of his left leg on 5/16/16 confirmed a non-displaced fibular fracture. He was seen by orthopedics on 5/20/16 and there was no medical indication to cast his leg. A CT scan of his leg on 7/25/16 revealed normal healing, and he had a follow up orthopedic appointment on 8/19/16. It is noted that he had x-rays of his left rib and right hand on 6/1/16, refused x-rays of his leg on 6/24/16 and 8/23/16, was seen by his provider on 9/7/16 and had x-rays of his left ribs and chest on 9/16/16. He was prescribed Ibuprofen for pain, and should address medical issues via sick call.

It is noted that the grievant's allegations of staff misconduct and assault are addressed in CL-69503-16, which was answered by CORC on 12/7/16.

CORC asserts that, consistent with Health Services Policy Manual Item #6.01, the Facility Health Services Directors (FHSD) have the sole responsibility for providing treatment to the inmates under their care.

With respect to the grievant's appeal, CORC asserts that he has access to proper medical care and finds no medical negligence by staff.

JAD/lc

-------------------------------------------------------------------------------------------

Received

FEB 2 4 2017

Inmate Grievance Supervisor

This document has been electronically signed by Karen R. Bellamy

7

NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

FROM:    Karen Bellamy, Director, Inmate Grievance Program

SUBJ:    Receipt of Appeal

W VANCE  12B3682   1/9/2017
Clinton Correctional Facility
Your grievance CL-69572-16 entitled
Medical Treatment For Injuries
was rec'd by CORC on 8/19/2017

Received

JAN 17 2017

Inmate Grievance
Supervisor

A disposition will be sent to you after the grievance is reviewed by CORC
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

8

The facility investigation has revealed that; The grievance was received and the medical record reviewed. The grievant has been evaluated and Ibuprofen was ordered for pain. The grievant is scheduled for an additional radiology exam and an orthopedic follow up this month. These studies and consultation will help determine the grievant's medical needs during the healing process.

I HAD A RADIOLOGY EXAM ON MAY 16, 2016, AND THAT EXAM OR X-RAY REVEALED A CRACK IN MY FIBULA BONE (FRACTURED). I RECEIVED NO TREATMENT FOR MY FRACTURED LOWER LEFT LEG. I ALSO HAD X-RAYS ON JUNE 1, 2016 AND I HAVE NOT RECEIVED X-RAYS RESULTS OR TREATMENTS FOR ANY OF thoses INJURIES AS WELL. I HAVE NOT HEARD FROM MEDICAL ABOUT ANY FURTHER FELLOW UP TREATMENT FROM JUNE 1, 2016 X-RAYS RESULTS AND I AM STILL IN PAIN.

Date returned to offender: _____          I.G.R.C. Members: _____

Chairperson: _____                                              _____

*Return within 7 days and check appropriate boxes.*

☑ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Grievant's Signature: _____          Date: 6/14/16

Grievance Clerk's Receipt: _____          Date: _____

To be completed by Grievance Clerk

Grievance Appealed to the Superintendent: _____
                                                                Date

Grievance forwarded to the Superintendent for action: _____
                                                                            Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

JUNE 1, 2016, X-RAYS WERE TAKEN OF MY RIGHT HAND, RIGHT SHOULDER, LEFT LOWER RIB AREA, LOWER BACK, AND CHEST

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was keeplocked from 8/10/15 to 8/13/15 pending a disciplinary hearing and security investigation, and that the misbehavior report was subsequently dismissed. CORC further notes that there is no documentation to support his claims the he was confined until 8/21/15, and that Sergeant W... denies retaliating against him. It is noted that his 8/21/15 cell search was authorized by the Deputy Superintendent for Security as part of an on-going investigation, and that no contraband was found or damage was done.

In regard to the grievant's appeal, CORC upholds the discretion of the IGRC to determine the relevance and materiality of the evidence offered in accordance with Directive #4040. CORC finds insufficient evidence of malfeasance by staff, and advises him to address security matters to an area supervisor for the most expeditious means of resolution.

RAS/

-------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------

This document has been electronically signed by Jeffery A. Hale

10

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. CL-67416-15 | | DATE FILED 8/20/15 |
|---|---|---|---|
| | FACILITY CLINTON CORRECTIONAL FACILITY | | POLICY DESIGNATION I |
| **INMATE GRIEVANCE PROGRAM** **MICHAEL KIRKPATRICK** **SUPERINTENDENT** | TITLE OF GRIEVANCE ALLEGS CONFINED TO CELL | | CLASS CODE 26 |
| | SUPERINTENDENT'S SIGNATURE *Mull Kath Supt* | | DATE 10/9/15 |
| GRIEVANT VANCE, W | | DIN 12B3682 | HOUSING UNIT UF-9-23 |

I concur with the response from the I.G.R.C.

The investigating supervisor states upon completion of his investigation it was determined that the grievant was keep locked pending a misbehavior report which was later dismissed before it was heard. He was also locked up for investigation. He was released on 8/13/15.

Upon review of the information submitted, no misconduct by staff was found and no further action will be taken at this time. Grievance is denied.



RB/mp

PLEASE SEE ATTACHED COMMISSARY
RESTRICTED buy RECEIPT FROM 8/19/15.
I DO HAVE OTHER PROOF IF YOU WILL NEED
IT WITH THIS APPEAL PROCESS. ITS OBVIOUS
THAT I REMAINED KEEP LOCKED PENDING A TIER
HEARING.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

I WAS NOT RELEASE FROM KEEPLOCK ON 8/13/15 & TO PROVE THIS FACT, IGRC
SHOULD HAVE CONTACT COMMISSARY. I HAD TO PURCHASE A RESTRICTED BUY ON
8-19-15 BECAUSE I WAS STILL KEEPLOCKED FROM THE 10TH OF AUGUST, 2015

_____
GRIEVANT'S SIGNATURE    12B3682

8/6/15
DATE

_____
GRIEVANCE CLERK'S SIGNATURE

DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

11

I.G.R.C. Response:

The investigation has revealed that; the grievant is advised that UF Block security staff, West side security supervisors, and the Tier Office were contacted. The investigation revealed that the grievant refused to attend mandatory chow and was KL pending a tier hearing. In addition to that incident a security supervisor place the grievant on 72 keep lock status to conduct an investigation. The supervisor removed that status on 8/13/15. The grievant is advised that the investigation found the misbehavior report was not processed through the tier office and the investigation could not substantiate that the grievant was keep lock status after 8/13/15.

Date returned to offender: _____ I.G.R.C. Members: _____

_____

Chairperson: _____

_____

*Return within 7 days and check appropriate boxes.*

☒ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☒ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Grievant's Signature: _____ Date: _____

Grievance Clerk's Receipt: _____ Date: _____

To be completed by Grievance Clerk

Grievance Appealed to the Superintendent: _____
Date

Grievance forwarded to the Superintendent for action: _____
Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

I.G.R.C./2b



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

August 4, 2017

Mr. Wayne Vance, #12-B-3682
Great Meadow Correctional Facility
11739 State Route 22
PO Box 51
Comstock, NY 12821-0051

*NOTED: I STILL HAVE NOT RECEIVED A DISPOSITION FROM CORC FOR THIS APPEAL REGARDING THE LAW LIBRARY MATERIAL*

Dear Mr. Vance:

This is to acknowledge receipt of your recent undated correspondence.

Please be advised that GM-62031-17, UST-59234-16, UST-60257-17 and UST-60398-17 are all currently pending CORC dispositions. Every effort is made to process grievances in a timely manner; however, due to the high volume of letters and grievances received in this office, some cases may not be answered within the timeframes established in Directive #4040.

Sincerely,

Rachael Seguin

Rachael Seguin
Assistant Director
Inmate Grievance Program

RAS:mf

cc: Supt. Christopher Miller, Great Meadow C.F.
Supv. Jeffery Hale, Great Meadow C.F. (w/attachment)

Form 2133 (Rev. 9/12)

I RECEIVED TWO (2) OF the SAME FORMS (2133) FOR MY APPEAL STATEMENT
SO I DECIDED TO CARBON COPY MY APPEAL STATEMENT ONTO the SECOND FORM
FOR MY RECORD,

| NEW YORK STATE Corrections and Community Supervision | Grievance No. UST-60398-17 | Date Filed 2/17/2017 |
|---|---|---|
| | Facility Upstate Correctional Facility | Policy Designation I |
| INMATE GRIEVANCE PROGRAM DONALD G. UHLER Superintendent | Title of Grievance NOT RECEIVING LAW LIB REQUEST | Class Code 40 |
| | Superintendent's Signature _Acting Supt_ | Date 3/2/17 |
| Grievant: VANCE, W | DIN # 12B3682 | Housing Unit: 11-C-34B |

I concur with the response from the I.G.R.C.

The grievant is advised that if he received the wrong items from the Law Library it was
due to a clerical error and the Law Library will their best to not let it happen again.

Upon review of the information submitted, no further action will be taken. The grievance
is denied.

◉ **APPEAL STATEMENT**

I DISAGREE WITH THE DECISION OF THE SUPERINTENDENT DUE TO
THE FACT THAT IVE BEEN RECEIVING INCORRECT INFORMATION AND
MATERIAL UPON MY REQUESTS FROM THE LAW LIBRARY THROUGHOUT
THE COARSE OF THIS IMPOSED SANCTION IN THE SPECIAL HOUSING
UNIT AT UPSTATE CORRECTION AL FACILITY. THE DESCRIPTION OF
THE PROBLEM IN THE GRIEVANCE COMPLAINT ARE ONGOING ISSUES
WHICH MUST BE ADDRESSED IN THE APPROPRIATE MANNER. I WAS
NOT GIVEN A OPPORTUNITY TO ATTENT ANY HEARING ON MY
BEHALF.

Appeal Statement

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate
Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you
are appealing this decision to C.O.R.C.

SEE ABOVE APPEAL STATEMENT

WAYNE P. VANCE 12B3612
Grievant's Signature

3-6-17
Date

14

Grievance Clerk's Signature
*An exception to this time limit may be requested under Directive #4040, section 701.6(g).

Date

# GRIEVANCE COMPLAINT

WAYNE P. VANCE 1283692            (40)                    FEBRUARY 19, 2017
GP SUPERVISOR MRS S. DEBYAH      NOT RECEIVING           11-02-34B
                                 LAW LIBRARY
                                 REQUESTS

SUBJECT: I AM STILL HAVING PROBLEMS WITH THE LAW LIBRARY COPYING SERVICES;
AND I AM HAVING PROBLEMS OBTAINING REQUESTED LEGAL MATERIAL FROM LAW LIBRARY

                                                         M.R.
**DESCRIPTION OF PROBLEMS:**                             2/17/17
                                                         List. 60398-17

ON FEBRUARY 9, 2017, I SUBMITTED MOTION PAPERS TO BE COPIED THROUGH THE LAW
LIBRARY COPING SERVICES. I HAVE NOT RECEIVED THE ORIGINAL MOTION PAPERS THAT WERE
SUBMITTED OR THE REQUESTED COPIES YET. IT USUALLY DOES NOT TAKE THIS LONG TO
RETURN THE REQUESTED COPIES. THIS IS THE SECOND TIME THAT IVE SUBMITTED MOTION
PAPERS TO BE COPIED FROM THE LAW LIBRARY THAT WERE HELDED LONGER THAN USUAL.
I HAVE DEADLINES THAT ILL BE UNABLE TO MEET IF I CANNOT OBTAIN COPIES OF
DOCUMENTS IN A REASONABLE TIME FRAME. THIS IS MY SECOND GRIEVANCE
COMPLAINT REGARDING THE LAW LIBRARY COPING SERVICES AT UPSTATE CORRECTIONAL
FACILITY. I RECEIVED THE SUBMITTED DISBURSEMENT BUT I HAVE NOT RECEIVED THE
ORIGINAL MOTION PAPERS AND REQUESTED COPIES.

**ACTION REQUESTED:** I WOULD LIKE FOR I.G.R.C TO INVESTIGATE THIS MATTER.

I HAVE NOTICED THAT IM NOT RECEIVING THE STATUTORY REQUIREMENTS UPON MY
LAW LIBRARY REQUESTS FOR CIVIL LAW STATUES. I AM BEING PROVIDED WITH THE
STATUE ANNOTATIONS REGARDING THE CASES INSTEAD OF THE STATUE PROVISIONS
THEMSELVES. ALSO, I HAVE RECEIVED CRIMINAL PROCEDURE LAW STATUES
THAT ARE NOT ACCURATE.

**ACTION REQUESTED:** I WOULD LIKE FOR I.G.R.C TO INVESTIGATE THIS
MATTER. I HAVE THE REQUESTED LAW LIBRARY MATERIAL THAT I RECEIVED
FROM THE LAW LIBRARY IF YOU NEED IT FOR YOUR INVESTIGATION. I WOULD
LIKE TO START RECEIVING THE CORRECT STATUE PROVISIONS IN ORDER TO
PREPARE FOR LEGAL MATTERS.

                                    W— P. V——
                                    WAYNE P. VANCE 1283682

Response of IGRC: Grievant received the copies in question on 11/17/16. He signed the distribution sheet confirming that he received them.

REMEDIED

## SEE ATTACHED GRIEVANCE COMPLAINT

Date Returned to Inmate **11-22-16**   IGRC Members: 1) _____

Chairperson _____                    2) _____

                                               3) _____

                                               4) _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed _____

　　　　　Grievant                              Date

_____

Grievance Clerk's Receipt                       Date

To be completed by Grievance Clerk:

Grievance Appealed to the Superintendent _____

　　　　　　　　　　　　　　　　　　　　　Date

Grievance forwarded to Superintendent for action _____

　　　　　　　　　　　　　　　　　　　　　　　Date

* An exception to the time limit may be requested under Directive #4040, section 701,.6(g)

16

MC. V.
11/18/16
USA 59655.16

# GRIEVANCE COMPLAINT

MISSING FROM
COPIES FROM
LAW LIBRARY

AME: WAYNE P. VANCE 1083652    LOCATION: 11-C1-4B

ATE: NOVEMBER 16, 2016    SUBJECT: COPYING SERVICES

ESCRIPTION OF PROBLEM: ON NOVEMBER 8, 2016, I HAD FELLOWED THE LAW
IBRARY COPYING SERVICE PROCEDURE FOR COPIES OF EXHIBIT'S A-O, CPL440
IOTION, OPPOSING AFFIDAVIT AND THE COURT'S ORDER DENYING THE CPL440
IOTION FROM MY LEGAL CASE, THE LAW LIBRARY OFFICER HAD RETURNED
HE LEGAL MATERIAL WITHOUT FULLY COPYING ALL OF (EXHIBIT G). I HAD
THE PAGES OF
IO CHOICE BUT TO SEND OUT (EXHIBIT G) TO BE COPIED AGAIN BECAUSE I DID
IOT CHECK THE ENVELOPE UNTIL AFTER THE OFFICER WAS GONE. ON NOV. 10,
1016, I HAD SEND OUT (EXHIBIT G) AND A (CPL460.15 MOTION) TO BE
OPIED FROM THE LAW LIBRARY. ON NOVEMBER 15, 2016, THE LAW LIBRARY
EFFICER HAD FINALLY RETURNED THE TWO ENVELOPES. THE OFFICER HAD
GREED TO ALLOW ME TO CHECK THE ENVELOPES BEFORE SIGNING FOR THEM.
N OTICED THAT (EXHIBIT G) WAS NOT FULLY COPIED AGAIN (THE LAST COUPLI
F PAGES WAS'NT COPIED)          , I HAD POLITELY EXPLAINED THE SITUATION
O THE OFFICER AND HE INFORMED ME THAT I WOULD RECEIVE COPIES OF ALL
HE PAGES BY THE END OF THE DAY OR THE NEXT DAY. HE WAS ALSO MADE
IWARE OF THE DEADLINE     I HAD SIGNED FOR THE CPL 460.15 MOTION
OPIES WHILE NOTING THAT I DID NOT RECEIVE COPIES OF EVERYTHING
(PARTIAL). I STILL HAVE NOT RECEIVED THE COPIES OF (EXHIBIT G) FROM THE
EFFICER IN THE LAW LIBRARY. IT HAS BEEN 8 DAYS IN THIS WHOLE PROCESS
F OBTAINING COPIES OF ALL THE PAGES OF (EXHIBIT G) AND IT SHOULD
AVE ONLY TAKEN ONE(1) TO THREE(3) DAYS AT THE MOST.

CTION REQUESTED: I WOULD LIKE FOR THE LIBRARY LIBRARY OFFICER TO
ETURN (EXHIBIT G) ALONG WITH ALL COPIES OF EXHIBIT G (ALL PAGES).
HE COURT DOES NOT ACCEPT PARTIAL FILINGS...... THANK YOU!

W.T.P.V.
WAYNE P. VANCE

# INMATE GRIEVANCE COMPLAINT

CL-68284-15

CLINTON CORRECTIONAL FACILITY               ( ADVISOR REQUESTED )

WAYNE VANCE 12B3682          HOUSING UNIT: U.F 9-23     DATE: 12/1/1

DESCRIPTION OF PROBLEM:

ON OCTOBER 21, 2015, I SUBMITTED A CLAIM AND DISBURSEMENT
FOR THE FILING FEE OF 50 DOLLARS TO THE AREA C. OFFICE TO BE
PROCESSED FOR THE COURT OF CLAIMS. THE COURT OF CLAIMS HAS
RETURNED THAT CLAIM BECAUSE THE FILING FEE WAS'NT PROCESSED
BY INMATE ACCOUNTS. I'VE WROTE INMATE ACCOUNTS ABOUT THIS
ISSUE BUT I DIDN'T RECEIVE ANY RESPONSE. I HAVE NUMEROUS PROOF
THAT IVE SUBMITTED THE FILING FEE, WHICH WAS IN A SEPARATE
ENVELOPE JUST INCASE THIS TYPE OF PROBLEM WOUID OCCUR. THE
ARTICLE NUMBER OF THE FILING FEE WAS (7015 0640 0005 9798 714.
THE CLAIM WAS AGAINST THIS FACILITY STAFF (EMPLOYEES), AND
I SHOUID'NT BE HELD ACCOUNTABLE FOR THERE CONTINUOUS
MISTAKES OR MISTREATMENT. THE DISBURSEMENT SHOUID HAVE
BEEN PROCESSED AND THE FUNDS SHOUID HAVE BEEN SUBMITTED
WITH THE CLAIM.

## ACTION REQUESTED BY INMATE:

" WOUID LIKE TO KNOW WHY THE DISBURSEMENT WASN'T PROCESSED
WITH THE CLAIM, I ALSO WOUID LIKE INMATE GRIEVANCE STAFF TO
CONTACT THE COURT OF CLAIM ON MY BEHAIF, SO THAT THE COURT
WILL BE INFORMED OF THE CONDUCT THAT HAS TRANSPIRE BY THE
FACILITY EMPLOYEE(S). THIS WILL ALLOW ME TO RESUBMITT THE
CLAIM WITH THE FILING FEE. I HAVE THE FUNDS FOR THE FILING,
IN MY ACCOUNT AND ITS NOT MY FAUIT THAT THE FEE WAS'NT
DEDUCTED AT MY REQUEST. " I AISO WOUID LIKE TO BE REIMBURSED
FOR MY POSTAGE FEES THAT WAS DEDUCTED (8.99)." ITS THIS
FACILITY RESPONSIBILITY TO DEDUCT THE FILING FEE(S) WHEN INMATES
SUBMITT A DISBURSMENT.

18          W 7 V  12B3682

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
CLINTON
CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 10/01/15 THRU 10/30/15

```
*********************************************************
*  NAME:VANCE MAYNE P        DEPT ID:12B3682   CELL LOC:UF-09-023   NYSID:0169090?H  *
*********************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- COMMENTS | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|----------|------|--------------------------------|--------|-----------|-----------|---------------|---------------------|--------------------|
|          |      | STARTING BALANCE AT CLINTON BALANCE FORWARD | | | | .00 | 1,091.19 | 1,091.19 1,091.19 |
| CLINTON | 10/01/15 | COMM BUY | | | 41.06 | .00 | 1,050.13 | 1,050.13 |
| CLINTON | 10/01/15 | PAYROLL RCPT | 041682 | 2.25 | | .00 | 1,052.38 | 1,052.38 |
| CLINTON | 10/08/15 | PAYROLL RCPT | 041682 | 2.25 | | .00 | 1,054.63 | 1,054.63 |
| CLINTON | 10/15/15 | POSTAGE | | | 5.66 | .00 | 1,048.97 | 1,048.97 |
| CLINTON | 10/15/15 | PAYROLL RCPT | 041682 | 2.25 | | .00 | 1,051.22 | 1,051.22 |
| CLINTON | 10/16/15 | COMM BUY (IRC COPYS ) | | | 37.21 | .00 | 1,014.01 | 1,014.01 |
| CLINTON | 10/16/15 | COPIES | | | .50 | .00 | 1,013.51 | 1,013.51 |
| CLINTON | 10/22/15 | PAYROLL RCPT | 041682 | 1.80 | | .00 | 1,015.31 | 1,015.31 |
| CLINTON | 10/26/15 | POSTAGE | | | 8.99 | .00 | 1,006.32 | 1,006.32 |
| CLINTON | 10/29/15 | PAYROLL RCPT | 041682 | 2.25 | | .00 | 1,008.57 | 1,008.57 |

MONTHLY ENDING TOTALS                    10.80        93.42        .00        1,008.57        1,008.57

ENDING BALANCE AT CLINTON                                                                      1,008.57

20% OF AVERAGE 6 MO SPENDABLE BALANCE     174.13    20% OF AVERAGE 6 MO DEPOSIT AMT     44.70

LAGGED PAYROLL DAYS LAGGED - 15 AMOUNT LAGGED -     12.66
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

THIS MONTHLY STATEMENT DEMONSTRATES/
PROVES THAT I HAD THE FUNDS FOR THE
FILING FEE IN MY INMATE ACCOUNT WHEN
THIS FACILITY FAILED TO SEND THE $50.00
CHECK WITH THE CLAIM RECEIVED BY THE
COURT OF CLAIM ON OCTOBER 27, 2015.

WJ 12d9b1d2
10-31-15

19

CD#07     CL- 682-84-15

## I.G.R.C. Response:

The investigation has revealed that; there is no indication in grievant s account for the months of October or November that money was deducted in the amount of $50.00 for a court filling fee .The inmate grievance office does not contact outside courts for inmates.

Date returned to offender: _____     I.G.R.C. Members: _____

_____

Chairperson: _____

_____

_____

*Return within 7 days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Grievant's Signature: _____     Date: _____

Grievance Clerk's Receipt: _____     Date: _____

To be completed by Grievance Clerk

Grievance Appealed to the Superintendent: _____
Date

Grievance forwarded to the Superintendent for action: _____
Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).



WAYNE VANCE 12B3682          DATE: 10-30-15
UF 9-23
FILING FEE ARTICLE NUMBER: 7015 0640 0005 9798
                                              7947

DEAR INMATE ACCOUNTS:

    I SUBMITTED A DISBURSEMENT WITH THE
CLAIM I SENT TO THE COURT OF CLAIMS. I HAVE'NT
RECEIVED A RECEIPT FROM THE $50.00 FILING FEE
THAT YOUR OFFICE WAS SUPPOSE TO HAVE TAKEN OUT
MY ACCOUNT TO COVER THE FILING FEE FOR THE CLAIM.
I'VE RECEIVED THE CERTIFIED RECEIPT AND THE RETURN
RECEIPTS FROM THE COURT OF CLAIM AND ATTORNEY
GENERAL, but I DO NOT KNOW IF YOUR office has
TAKEN THE FUNDS OUT MY ACCOUNT FOR THE FILING
FEE AND POSTAGE FEE FOR THE ENVELOPE I SEND WITH
THE DISBURSEMENT, ON 10/21/15.
    I WOULD APPRECIATE IF YOUR OFFICE WOULD
LET ME KNOW WHAT GOING ON WITH THE FILING FEE AND
WAS IT SENT OUT WITH THE CLAIM THAT WAS MAILED
OUT by YOUR office ON 10/26/15. I SUBMITTED
THE FILING FEE AND CLAIM, ALONG WITH POSTAGES FEES
ALL TOGETHER ON THE SAME DAY (10/21/15). THE
FILING FEE OF 50.00 DOLLAR MUST GO TO THE
COURT OF CLAIMS.

P.S.   THE COURT OF CLAIMS HAS STRICT RULES WHEN
FILING A CLAIM, SO CAN YOU PLEASE LET ME KNOW
WHATS GOING ON WITH THE FILING FEE (7015 0640 0005 9798 7947
                                        ARTICLE NUMBER
                              THANKS!

21

STATE COURT OF CLAIMS
CLERK'S OFFICE
P.O. BOX 7344 CAPITOL STATION                    DECEMBER 1, 2015
ALBANY, NEW YORK 12224

INCIDENT: WRONGFUL CONFINEMENT AUGUST 10, 2015 - AUGUST 21, 2015; AND HARASSMENT...

DEAR COURT CLERK:

ON OCTOBER 21, 2015, I SENT A CLAIM AND DISBURSEMENT TO BE PROCESSED FOR THE COURT OF CLAIMS. THE CLAIM WAS RETURNED BECAUSE IT WAS NOT ACCOMPANIED BY THE FILING FEE OF 50 DOLLAR. I SUBMITTED A DISBURSEMENT IN THE AMOUNT OF 50 DOLLARS WITH THE CLAIM, WHEN THE CLAIM WAS PROCESSED BY THE EMPLOYEES AT THIS FACILITY, THE EMPLOYEE(S) DIDN'T PROCESS MY REQUEST OF DEDUCTING THE FILING FEE.

I SHOULD'NT BE HELD ACCOUNTABLE FOR THERE MISTAKE. THE CLAIM IS AGAINST THIS FACILITY AND THE FILING FEE SHOULD HAVE BEEN ACCOMPANIED WITH THE CLAIM. I'VE EVEN TRIED TO SUBMIT "AUTHORIZATION" TO GIVE THE COURT OF CLAIM AUTHORITY TO ACCESS MY ACCOUNT FOR THE FILING FEE.

I WOULD LIKE TO ASK THE COURT, IF THERE IS ANY OTHER METHOD OF PAYMENT THAT I CAN PURSUE, SINCE IM INCERCARATED AND THIS FACILITY EMPLOYEE(S) WILL NOT DEDUCT THE FILING FEE AS I REQUESTED. "CAN I RESUBMIT THE CLAIM WITH AUTHORIZATION FOR THE COURT TO DEDUCT THE FILING FEE ON MY behalf?" I HAVE THE FUNDS IN MY ACCOUNT.

PLEASE WRITE ME BACK TO INFORM ME WHAT IS THE BEST SOLUTION FOR A SITUATION LIKE THIS. YOUR HELP WILL BE GREATLY APPRECIATED. YOUR OFFICE MAY HAVE THE AUTHORIZATION FORM PREVIOUSLY SUBMITTED IN THE ABOVE MATTER. "I HAVE FILED A GRIEVANCE ON THIS MATTER AND HOPEFULLY IT WILL BE ADDRESSED AT THIS FACILITY."

COURT OF CLAIMS          NOVEMBER 1, 2015
CAPITOL STATION
P.O. BOX 7344
ALBANY, N.Y 12224    WRONGFUL CONFINEMENT
                     INCIDENT OCCURRED: 8/10/15 - 8/21/21

DEAR COURT CLERK:
          IVE RECEIVED THE RETURN
RECEIPTS FROM THE COURT AND ATTORNEY GENERAL
OFFICE, BOTH CLAIMS WERE RECEIVED by both PARTIES.
            THE PROBLEM is that I've have
NOT RECEIVED THE RETURN RECEIPT FROM THE FILING
FEE WHICH I SUBMITTED TO INMATE ACCOUNT TO be
PROCESS WITH THE POSTAGE FEES. OCTOBER 21, 2015,
I SENT THE FILING FEE AND CLAIM TOGETHER, TO
MAKE SURE EACH ARTICLE ARRIVE TOGETHER. I HAVE
CONTACTED INMATE ACCOUNT AND Im still WAITING ON
A RESPONSE TO SEE WHY I have'nt RECEIVED ANYthing
TO INDICATE THAT THE FILING FEE HAS been DEDUCTED
FROM my ACCOUNT AND SENT OUT WITH THE CLAIM.
          THE FILING FEE ARTICLE NUMBER IS
(7015 0640 0005 9798 7947). PLEASE be PATIENT
IF THE COURT HAS'nt RECEIVED THE FILING FEE AT THIS
TIME. IT WAS SENT OUT WITH THE CLAIM AND THIS
FACILITY has THE RESPONSIBILITY OF MAKING SURE THE
CHECK WAS PROCESSED AND SENT OUT TOGETHER
WITH THE CLAIM THAT THE COURT RECEIVED. THANKS

23

W. Vance    1383682 - UF9-23

<u>ADVISORY</u>

THE WHITE ENVELOPE is UNOPENED for the Filing fee

This piece of mail is returned to you because <del>Directive # 4422</del> from the Albany Office, states (circled number):

No unopened
White Envelope -
↳ Certified Needs

1. - Offender-to-offender mail may not be sealed
2. - Business mail may not be sealed.
3. - Free postage for the week has been used - pay own postage. To Be
4. - Contests / Sweepstakes, Chain letters, are not permitted.     Redone
5. - $_____ postage required.
6. - Must include funds to cover full obligation(s).  Contract items are not permitted.
7. - All mail to other offenders must be approved, in advance, by your counselor.
8. - Not permitted to solicit for goods, services, or money.
9. - ( COMMITMENT ) Name and DIN Number must appear on the upper left hand corner:
     of the envelope ( above address) or mail may be returned to you ( DIN Number can not
     follow Box # ).      Cannot Be
                          Detached
10. - Name of specific addressee is required.
                          Need Officer to Sign

**NOTE:** A - Please have sender use their name and address / your DIN No.
           B - Please fill out Disbursement Form completely.

Adm./136

DEAR WHOM IT MAY CONCERN:

               HEllo! TODAY, I HAD

RECEIVED YOUR ADVISORY REGARDING THE FILING FEE
AND THE ORIGINAL CIAIM WITH 2 COPY, VERIFICATION
SUPPORTING EXHIBITS A THROUGH N, TOGETHER WITH PROOF
OF SERVICE THAT I TRIED TO MAIL OUT 10/12/15 CERTIFIED
MAIL.

               I will MAKE SURE THAT

THE AREA C. OFFICER WILL SIGN THE DISBURSEMENT FOR
THE deDUCTION OF THE FUNDS FOR THE "FILING FEE" AND CERTIFIED
MAIL THIS TIME.

          I WOUID APPRECIATE IF YOU
WOUID PlEASE ~~ATTACH~~ THE "WHITE ENVElOPE FOR THE
FILING FEE CHECK TO THE CLAIM". I WOUID likeFOR
THE FILING FEE TO ARRIVE WITH THE ClAIM ON TIME TO
THE COURT. YOU CAN EITHER TAPE IT TO THE MANILLA
ENVEIOPE OR STAPIE IT, WHEN YOU COMPlETE YOUR JOB.
           YOUR HELP AND COOPERATION

WITH THIS MATTER IS GREATly APPRECIATED. THANK YOU!



COURT O
CAPITO
P.O. BO
ALBANY

DEAR CL

THE ORIGINAL

CLAIM, TWO COPIES OF THE CLAIM AND SUPPORTING EXHIBITS A THROUGH H, TOGETHER WITH VERIFICATION AND PROOF OF SERVICE, UPON THE COURT OF CLAIMS AND OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL by CERTIFIED MAIL "RETURN RECEIPT REQUESTED".

I RESPECTFULLY REQUEST THAT YOUR OFFICE SECURE THE EXHIBITS WITH THE ORIGINAL CLAIM. THIS WILL ENSURE THAT THE SUPPORT EVIDENCE OF THE CLAIMANT WILL BE AVAILABLE AT A LATER TIME.

PLEASE SUBMIT THESES PAPERS TO A JUDGE FOR THE CLAIMANT AND I HAVE ALSO ENCLOSED THE FILING FEE HEREIN.

VERY TRULY YOURS,

WAYNE VANCE 1283692

23



# Court of Claims
## State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 432-3411

January 28, 2016

**Richard E. Sise**
Acting Presiding Judge

**Eileen F. Fazzone**
Chief Clerk

Wayne Vance 12 B 3682
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

Re:    Wayne Vance v. The State of New York

Dear Sir:

Enclosed is the official receipt for the payment of $50.00 received in the Clerk's office on January 4, 2016, representing the filing fee.

A review of the court's records indicates that no claim was received in this office. In order to activate the refund process, please complete the enclosed Request for Refund application and return it in the envelope provided. Once your request has been received and processed, you will receive a refund directly from the Office of the State Comptroller.

Very truly yours,

Eileen F. Fazzone
Chief Clerk

EFF/lr
Enc.

STATE OF NEW YORK - UNIFIED COURT SYSTEM
## REQUEST FOR REFUND OF FEES/FINES PAID INTO COURT

Date _____ January 28, 2016 _____

**1.** TO: _____ New York State Court of Claims _____
Appropriate UCS District /Administrative Office (for refunds of State fees) or Local Government Official (for refunds from local monies)

FROM: _____ Eileen Fazzone - Chief Clerk _____
Chief Clerk or Authorized Designee

**2.** Consistent with existing statute and the provisions of Part IV / Chapter 3.070.1 of the UCS Financial Planning & Control Manual, a request for

the refund of monies previously paid into the court or agency of _____ Court of Claims _____ is hereby submitted

Type of Proceeding: _____ No Claim _____
Index or Docket No. _____ NA _____
Orig. Amount Paid _____ 50.00 _____
Date Paid _____ 01/04/16 _____
Receipt No. _____ NYSCC  19912 _____
REASON FOR REFUND: _____ see letter _____

(ATTACH COPY OF RECEIPT AND ANY OTHER APPROPRIATE DOCUMENTATION)

**3.** THE MONIES TO BE REFUNDED WERE PREVIOUSLY TRANSMITTED FOR CREDIT TO THE (CHECK ONE AND COMPLETE AS APPROPRIATE):

☒ STATE OF NEW YORK ☐ COUNTY OF: _____       ☐ CITY/TOWN OF: _____

**4.**

| NAME AND ADDRESS AS THEY SHOULD APPEAR ON THE REFUND CHECK PAYEE NAME AND ADDRESS (LIMIT TO 5 LINES, 30 SPACES EACH) | TOTAL $ AMOUNT | PAYEE REFERENCE TO APPEAR ON CHECK STUB (LIMIT TO 20 SPACES) |
|---|---|---|
| Wayne Vance 12 B 3682 | | Vance, Wayne |
| Clinton Correctional Facility | | |
| P.o. Box 2001 | 50.00 | |
| Dannemora,New York 12929 | | |

| DEPT | REVENUE COST CENTER TO BE CHARGED | VAR | YR | OBJECT | ACCUM DEPT | STATE |
|---|---|---|---|---|---|---|
| 02 | 816508 | OJ | 44 | 59610 | | |

**5.** CHIEF CLERK'S / COURT MANAGER'S CERTIFICATION:
I HEREBY CERTIFY THAT THE FEES REFERENCED HEREIN WERE PREVIOUSLY COLLECTED BY THIS COURT/AGENCY AND WERE TRANSMITTED FOR CREDIT TO THE GOVERNMENT ENTITY FROM WHICH THE REFUND IS TO BE ISSUED AND THAT THIS REFUND IS REASONABLE IN THAT THE FUNDS WERE COLLECTED OR CREDITED DUE TO A LEGITIMATE ERROR.

SIGNATURE OF THE CHIEF CLERK OR AUTHORIZED DESIGNEE

Chief Clerk
TITLE

**6.** CLAIMANT'S CERTIFICATION:
I HEREBY CERTIFY AND AFFIRM THAT THE REASON FOR THE REFUND SET FORTH IN ITEM 2 ABOVE IS TRUE, THAT THE AMOUNT TO BE REFUNDED WAS PAID IN THIS COURT OR AGENCY BY ME OR ANOTHER AUTHORIZED AGENT OF THE FIRM I REPRESENT, AND THAT THIS REQUEST DOES NOT DUPLICATE ONE PREVIOUSLY SUBMITTED FOR THE SAME PURPOSE.

CLAIMANT'S SIGNATURE                          DATE

**"IMPORTANT"** -ALL SECTIONS MUST BE COMPLETED. COURT PERSONNEL SHOULD SUPERVISE THE COMPLETION OF SECTIONS 1. THROUGH 5. CLAIMANT MUST SIGN AFFIRMATION SECTION 6. FOR REFUNDS OF STATE FEES, THE COMPLETED FORM SHOULD BE SUBMITTED FOR PAYMENT TO THE APPROPRIATE UCS DISTRICT/ADMINISTRATIVE OFFICE. TO AVOID PROCESSING DELAYS, DO NOT SEND DIRECTLY TO THE STATE COMPTROLLER OR TO THE COMMISSIONER OF TAX & FINANCE. FOR THE REFUND OF MONIES PREVIOUSLY CREDITED TO GOVERNMENT ENTITIES OTHER THAN THE STATE OF NEW YORK, SUBMIT THE COMPLETED FORM TO THE APPROPRIATE LOCAL GOVERNMENT FISCAL AUTHORITY (I.E. COUNTY TREASURER, CITY COMPTROLLER). IN ALL CASES, BE SURE TO INCLUDE REQUIRED SUPPORTING DOCUMENTATION (E.G. COPY OF RECEIPT, COURT ORDER).



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

September 19, 2017

Mr. Wayne Vance, #12-B-3682
Great Meadow Correctional Facility
11739 State Route 22
PO Box 51
Comstock, NY 12821-0051

*NOTED: I STILL HAVE NOT RECEIVED A DISPOSITION FROM CORC REGARDING NOT RECEIVING AN APPEAL DECISION*

Dear Mr. Vance:

This is to acknowledge receipt of your correspondence dated September 14, 2017.

Please be advised that GM-62031-17, UST-60257-17 and UST-60398-17 are all currently pending CORC dispositions. A Receipt of Appeal will be generated and sent to the facility IGRC once they have been scheduled to be heard by CORC.

Every effort is made to process grievances in a timely manner; however, due to the high volume of letters and grievances received in this office, some cases may not be answered within the timeframes established in Directive #4040.

Sincerely,

Rachael Seguin

Rachael Seguin
Assistant Director
Inmate Grievance Program

RAS:mf

cc: Supt. Christopher Miller, Great Meadow C.F.
Supv. Jeffery Hale, Great Meadow C.F. (w/attachment)

FORM 2133 (rev. 5/15)

| | GRIEVANCE NO. UST-60257-17 | DATE FILED 01/30/17 |
|---|---|---|
| NEW YORK STATE **Corrections and Community Supervision** | | |
| INMATE GRIEVANCE PROGRAM DONALD G. UHLER Superintendent | FACILITY Upstate Correctional Facility | POLICY DESIGNATION I |
| | TITLE OF GRIEVANCE APPEAL NOT MAILED PROPERLY | CLASS CODE 3 |
| | SUPERINTENDENT'S SIGNATURE | DATE 3-30-17 |
| GRIEVANT VANCE, W | DIN # 12B3682 | HOUSING UNIT 11-C-34 |

The grievant claims that his outgoing legal appeal paperwork was not sent out of the facility.

A thorough investigation of this grievance was completed. Grievant is advised that while incoming legal correspondence is logged at the facility, outgoing general and privileged correspondence is not. Mail is processed daily but the facility has no control over mail after it leaves.

Given the available facts, this grievance cannot be upheld. There is no indication that his mail was improperly processed. Therefore this grievance is denied.

APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.*Please state why you are appealing this decision to C.O.R.C.

DOCCS SHOULD HAVE RESPONSED TO THE LETTER OF APPEAL AFTER the POST OFFICE HAD DELIVERED IT TO THERE OFFICE IN ALBANY COUNTY. DOCCS EMPLOYEES HAD TAKEN POSSESSION OF the LEGAL ENVELOPE SO IT WAS there RESPONSIBILITY TO RESPOND BY ISSUEING AN APPEAL DECISION UPON RECEIPT.

W.T. P. V———— 12B3682     4 - 6 - 17

GRIEVANT'S SIGNATURE      DATE

GRIEVANCE CLERK'S SIGNATURE      DATE

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Response of IGRC: Mail is processed daily and forwarded to its destination whether it be the Post Office or to the inmates in the blocks. A log is only kept for incoming legal correspondence. Incoming mail is picked up at the Post Office daily Monday through Friday. All mail is processed in accordance to Directive #4421 and #4422, and all facility policies. The facility has no control over the processing of mail before it arrives at the facility or after it leaves the facility.

I DISAGREE WITH IGRC RESPONSE BECAUSE I WAS NOT ALLOWED
TO ATTEND A HEARING IN THIS MATTER. I HAVE NOT RECEIVED ANY
HEARING BOR ANY OF THE GRIEVANCES that WAS BILED WITH
the GRIEVANCE COMMITTEE. I DO NOT BELIEVE the APPROPRIATE
INVESTIGATION WAS CONDUCTED IN this MATTER REGARDING
DOCCS FAILURE to RESPOND to MY LETTER OF APPEAL WHICH
SHOULD HAVE BEEN MAILED OUT ON OCTOBER 31, 2017

Date Returned to Inmate ___1-31-17___  IGRC Members: 1) _____

Chairperson _____                    2) _____

                                               3) _____

                                               4) _____

Return within 7 calendar days and check appropriate boxes.*

☒ I disagree with IGRC response and wish to appeal to the Superintendent.   ☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.   ☐ I apply to the IGP Supervisor for review of dismissal.

Signed _____        _____
                   Grievant                        Date

_____                _____
       Grievance Clerk's Receipt                   Date

To be completed by Grievance Clerk:

Grievance Appealed to the Superintendent _____
                                              Date

Grievance forwarded to Superintendent for action _____
                                                     Date

* An exception to the time limit may be requested under Directive #4040, section 701, 6(g)

## GRIEVANCE COMPLAINT 2017

WAYNE P. VANCE DIN# 12B3682                    JANUARY 26, 2017

TO: IGP SUPERVISOR MRS S. DEBYAH              LOC: 11 BLDG-C2-34(B)

SUBJECT: DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION OFFICE IN ALBANY COUNTY HAS FAILED TO PERFORM THEIR DUTIES AS REQUIRED BY LAW OR SOMETHING HAS WENT WRONG IN THE MAILING PROCESS WHICH IS A POSTAL ISSUE. (LETTER OF APPEAL)

M.R.
1/30/17
u.st. 60257-17

### DESCRIPTION OF PROBLEM

> YOU HAD ADVISED ME TO REWRITE THIS GRIEVANCE BECAUSE GRIEVANCE COMPLAINTS DATED 1/10/17 + 1/15/17 ARE NOT GRIEVABLE ISSUES

ON JANUARY 25, 2017, IT HAS BEEN 92 DAYS WITHOUT AN ADMINISTRATIVE APPEAL DECISION IN RESPONSE TO A LETTER OF APPEAL FOR A TIER III DISCIPLINARY DISPOSITION THAT WAS RENDERED BY HEARING OFFICER MRS M. LIBERY AT UPSTATE CORRECTIONAL FACILITY ON OCTOBER 14, 2016. ON OCTOBER 31, 2016, I WAS HOUSED IN SHU CELL #4 IN THE 11 BUILDING ON C1 COMPANY AT UPSTATE CORRECTIONAL FACILITY WHEN I SERVED AN ORIGINAL COPY OF THE LETTER OF APPEAL BY PLACING SAID DOCUMENT INTO A PROPERLY ADDRESSED LEGAL ENVELOPE AND PLACING SAID LEGAL ENVELOPE INTO THE HANDS OF EARLY MOURNING MAILRUN OFFICERS TO BE PLACED IN THE FACILITY MAILBOX TO BE MAILED UPON THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION OFFICE IN ALBANY COUNTY, AT THE HARRIMAN STATE CAMPUS - BUILDING #2, 220 WASHINGTON AVENUE, ALBANY, NEW YORK 12226. THE MAILRUN OFFICERS HAD TAKEN POSSESSION OF THE LEGAL ENVELOPE IN THE VIEW OF CAMERAS WHILE OUTSIDE MY CELL. THIS IS A GRIEVABLE ISSUE BECAUSE THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION HAS FAILED TO ISSUE AN APPEAL DECISION WITHIN 60 DAYS OF THE RECEIPT OF THE LETTER OF APPEAL PURSUANT TO CHAPTER 5 OF TITLE 7 NEW YORK CODES RULES AND REGULATIONS SECTION 254.8 APPEAL PROCEDURE. ALSO, THIS IS A GRIEVABLE ISSUE BECAUSE THE MAILRUN OFFICERS COULD HAVE POSSIBLY FAILED TO PERFORM THEIR DUTIES BY PLACING THE ABOVE SAID LEGAL ENVELOPE INTO THE FACILITY MAILBOX TO BE MAILED UPON THE ABOVE SAID PARTY. THE INVESTIGATION OF THIS GRIEVANCE COULD REVEAL THAT SOMETHING HAS WENT WRONG IN THE MAILING PROCESS WHICH IS A POSTAL ISSUE.

ACTION REQUESTED: I WOULD LIKE FOR THE GRIEVANCE COMMITTEE TO INVESTIGATE THIS MATTER BY REVIEWING THE VIDEO FOOTAGE FROM THE EARLY MOURNING MAILRUN ON THE ABOVE SAID DATE TO SEE IF THE MAILRUN OFFICERS HAD PLACED SAID LEGAL ENVELOPE INTO THE FACILITY MAILBOX TO BE MAIL UPON THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION OFFICE IN ALBANY COUNTY. IF SO, I SHOULD HAVE RECEIVED AN APPEAL DECISION FROM (DOCCS).

GRIEVANT SIGN: W— P. V— 12B3682        WITNESS SIGN: TJ  14·13·1380

PRINT NAME: WAYNE P. VANCE (11-C2-34B)     PRINT NAME: Trever Johnson 11-C2-34T

NOTE: I HAVE BEEN DEPRIVED OF MY RIGHT TO A HEARING IN RESPONSE TO MY PREVIOUSLY SUBMITTED GRIEVANCES WHILE AT THIS FACILITY. I WOULD LIKE TO EXERCISE MY RIGHT TO ATTEND A HEARING IN THIS MATTER. THANK YOU!

I AM INMATE Trevion Johnson, WHO HAS BEEN CELLMATES WITH INMATE WAYNE P. VANCE 12B3632 FOR APPROXIMATELY 1½ MONTHS INSIDE THE **11 BUILDING** ON **C2 COMPANY** IN **CELL# 34** AT UPSTATE CORRECTIONAL FACILITY. I HAVE WITNESSED THAT INMATE WAYNE P. VANCE HAS NOT RECEIVED AN ADMINISTRATIVE DECISION FOR A DISPOSITION RENDERED BY HO LIBERTY ON OCTOBER 4, 2016, IN REGARDS TO HIS LETTER OF APPEAL ADDRESSED TO THE DIRECTOR OF SPECIAL HOUSING AND INMATE DISCIPLINARY PROGRAM / COMMISSIONER, THE HARRIMAN STATE CAMPUS, BUILDING #2, 1220 WASHINGTON AVENUE, ALBANY, NEW YORK 12226, WHICH SHOULD HAVE BEEN MAILED TO SAID PARTY BY OFFICER(S) WHO HAD TAKEN POSSESSION OF THE ABOVE SAID LETTER OF APPEAL INSIDE OF THE PROPERLY ADDRESSED ENVELOPE THAT WAS SEALED AS LEGAL MAIL DURING THE MORNING MAILRUN ON OCTOBER 31, 2016. I WITNESSED INMATE WAYNE P. VANCE MAILED OUT TWO SEPARATE GRIEVANCE COMPLAINTS IN REGARDS TO THIS MATTER, HE MAILED OUT A GRIEVANCE COMPLAINT REGARDING POSTAL ISSUES ON JANUARY 13, 2017; AND HE ALSO MAILED OUT ANOTHER GRIEVANCE COMPLAINT WHICH PROVIDED A DETAILED ACCOUNT OF THE ABOVE SAID SITUATION.

NO ONE, AND THAT INCLUDE INMATE WAYNE P. VANCE, HAS THREATENED, COERCED OR INFLUENCED ME AGAINST MY OWN FREE WILL IN ORDER TO GET ME TO SIGN THIS AFFIDAVIT. I SIGNED THIS AFFIDAVIT BASED ON MY OWN PERSONAL KNOWLEDGE AND OBSERVATION.

SIGN: _____ 11-22-34T PRINT: Trevon Johnson DATE: 1/16/17

SIGN: _____ 11-C2-0348 PRINT: WAYNE P. VANCE 12B3632 DATE: 1-16-17

SWORN TO ME BEFORE THIS 20th DAY

OF January, 2017.

_____
PUBLIC NOTARY

Marisol Caban
Notary Public State of New York
New York State No. 01CA6316348
County of Franklin
My Commission Expires on 12/15/20

32


ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

May 24, 2017

Mr. Wayne Vance, #12-B-3682
Great Meadow Correctional Facility
11739 State Route 22
PO Box 51
Comstock, NY 12821-0051

Dear Mr. Vance:

This is to acknowledge receipt of your correspondence dated May 11, 2017.

Contact with the IGP Supervisor reveals that GM-62031-17, regarding missing property, is currently pending a Superintendent's response. In addition, she states that she addressed your concerns regarding it on May 22, 2017.

Directive #4040 provides inmates with an orderly, fair, simple and expeditious method of resolving grievances pursuant to the Correction Law, and makes no provision for an inmate to refer grievances or appeals directly to Central Office.

Sincerely,

Karen Bellamy
Director
Inmate Grievance Program

KRB: AL

cc: Supt. Christopher Miller, Great Meadow C.F.
Supv. Alexandra Kuinlan, Great Meadow C.F. (w/attachment)

| | GRIEVANCE NO.<br>~~GM-52,013-17~~ Gm 62,031-17 | DATE FILED<br>April 21, 2017 |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | FACILITY<br>Great Meadow Correctional Facility | POLICY DESIGNATION<br>1 |
| INMATE GRIEVANCE PROGRAM<br>SUPERINTENDENT | TITLE OF GRIEVANCE<br>Missing Property | CLASS CODE<br>29 |
| | SUPERINTENDENT'S SIGNATURE | DATE<br>5/24/17 |
| GRIEVANT<br>Vance, W | DIN<br>12B3682 | HOUSING UNIT<br>E8-18 |

After reviewing the issues set forth, along with relevant documentation, this grievance is denied.

Per the investigation, the report submitted by the Area Supervisor indicates that televisions are not held in storage for inmates in SHU. Once admitted into the SHU inmates must choose whether to mail the television, donate it, or have it destroyed. This is supported by CORC decision GM-52867-11.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

THE DOCUMENTATION CLEANLY SHOWS that the T.V WAS IN EACH STORED IN CLINTON'S DRESSING ROOM, THIS FACILITY REFUSED to ALLOW ME to FILL OUT the NECESSARY PAPERWORK to HAVE CLINTON MAIL the T.V to this FACILITY UPON ME BEING CALLED to the PACKAGE at this FACILITY to HAVE the T.V SENT SOMEWHERE.

WT    P. GRIEVANT'S SIGNATURE 1293682    5/30/17

GRIEVANCE CLERK'S SIGNATURE    DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

THIS DOCUMENT was RECEIVED BY GRIEVANT ON MAY 30, 2017

(34)

Grievance No.

GM-62,031-17

The Committee advises grievant that his action requested is unfavorable since the report submitted by the Area Supervisor states TVs are not held in storage for inmates in SHU. Once admitted to SHU the inmate must choose whether he would like the TV mailed home, donated, or destroyed. This is supported in CORC decision GM-52867-11.

Return to Inmate ___MAY 10 2017___

IGRC Members ___C. Whitall C.O.___

___Sgt. D Ball___

Chairperson ___T. S-J___

☒ Return within 7 calendar days after checking the appropriate box.*

☒ I disagree with the IGRC response and wish to appeal to the Superintendent.

○ I have reviewed the deadlocked responses. Pass it Thru to the Superintendent.

○ I agree with the IGRC response but nevertheless wish to appeal to the Superintendent.

○ I wish to apply to the IGP Supervisor for a review of my grievance's dismissal.

Signed: _____
           Grievant

Date ___MAY 13 2017___

_____
Grievance Clerk's Receipt

_____
Date

*An exception to the time limit may be requested under Directive #4040 §701.6(g).

*To be completed by the Grievance Clerk.*

Grievance appealed to the Superintendent on _____
                                                      Date

Grievance forwarded to the Superintendent for action on _____
                                                              Date

ON MAY 12 2017,
I RECEIVED this DOCUMENT IN RESPONSE TO MY GRIEVANCE COMPLAINT
ABOUT IGRC FAILURE TO ISSUE THIS DECISION. I WOULD LIKE TO APPEAL
BECAUSE THIS facility had REFUSED TO ALLOW ME TO HAVE THE T.V
SENT TO THIS facility UPON MY REQUEST IN THE PACKAGE ROOM.
IGRC HAS VARIOUS DOCUMENTARY EVIDENCE WHICH DEMOSTRATES THAT
CLINTON HAS THE T.V STORED IN THEIR DRESSING ROOM. PLUS, THE PACKAGE
ROOM OFFICER HAD CALLED ME to the PACKAGE ROOM BECAUSE CLINTON HAD ASKED them
TO HAVE ME FILL OUT THE NECESSARY PAPERS TO RECEIVE THE T.V BACK-    (35)

| | | GRIEVANCE NO. CL-69714-16 | DATE FILED 6/16/2016 |
|---|---|---|---|
| NEW YORK STATE | Corrections and Community Supervision | FACILITY CLINTON CORRECTIONAL FACILITY | POLICY DESIGNATION 1 |
| INMATE GRIEVANCE PROGRAM MICHAEL KIRKPATRICK SUPERINTENDENT | | TITLE OF GRIEVANCE TV | CLASS CODE 29 |
| | | SUPERINTENDENT'S SIGNATURE | DATE 7/1/16 |
| GRIEVANT VANCE, W. | | DIN 12B3682 | HOUSING UNIT SHU 08 |

The grievant's T.V. is in the property room. He was also advised to bring any further issues to the
attention of the area Supervisor as this will expedite any necessary investigation.

PD/klb

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance
Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing
this decision to C.O.R.C.

_____

_____

_____

_____     _____
GRIEVANT'S SIGNATURE         DATE

_____     _____
GRIEVANCE CLERK'S SIGNATURE      DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

Code 29    CL - 69714-16

**I.G.R.C. Response:**

The facility investigation has revealed that; the grievant's TV was forwarded to the Dressing Room.

I DO NOT AGREE WITH THE DRESSING ROOM HAVING MY T.V.
WITHOUT ME RECEIVING A PERSONAL PROPERTY TRANSFERRED
FORM TO ACCOUNT FOR THE T.V. THE DRESSING ROOM SHOULD
NOT HAVE MY T.V. WITHOUT GIVEN ME SOMETHING IN
WRITING TO DEMOSTRATE THAT THE T.V. IS SECURED
IN THE DRESSING ROOM, INSTEAD OF WITH MY OTHER PERSONAL
PROPERTY. I NEED A PERSONAL PROPERTY FORM FOR THE T.V

WHAT IF I AM TRANSFERRED TO ANOTHER FACILITY
WITHOUT MY T.V. LISTED ON A (PERSONAL PROPERTY FORM),
THEN, I WILL HAVE NO OTHER WAY OF DEMOSTRATING THAT I HAD A T.V
                                                            THANK YOU

Date returned to offender: _____    I.G.R.C. Members: _____

Chairperson: _____

_Return within 7 days and check appropriate boxes._

☑ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Grievant's Signature: _____    Date: 6/17/16

Grievance Clerk's Receipt: _____    Date: _____

To be completed by Grievance Clerk

Grievance Appealed to the Superintendent: _____
                                                    Date

Grievance forwarded to the Superintendent for action: _____
                                                    Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).


(37)

WAYNE P. VANCE 12B3682
UNIT 14 CELL #8

**DESCRIPTION OF THE PROBLEM :** I WAS INFORMED THAT MY T.V. WAS DELIVERED TO THE DRAFT/DRESSING. I WROTE TO THE DRAFT ROOM ROOM AND RECEIVED AN ANSWER FROM C. OFFICER K. REYELL ABOUT the T.V... HE STATED THAT ANY INMATE GOING TO SHU 14, IF YOU OWN A T.V IT COMES TO THE DRESSING ROOM UNTIL YOUR RELEASED FROM SHU. UPON YOUR RELEASE WRITE TO DRESSING ROOM TO RECEIVE YOUR T.V. BACK".

THE PROBLEM IS THAT C. OFFICER K. REYELL NEVER CONFIRMED IF MY ACTUAL T.V. ARRIVED AT THE DRESSING ROOM FROM the UPPER F BLOCK C. OFFICERS ON MAY 11, 2016. THE UPPER F BLOCK C. OFFICERS PACKED UP MY PROPERTY AFTER the INCIDENT. I HAVE NO PROPERTY RECEIPT THAT WAS GIVEN TO ME TO ACCOUNT FOR MY T.V WHICH I HAVE A COMMISSARY RECEIPT AND PERMITT FOR. I WAS ONLY GIVEN A PROPERTY RECEIPT FOR the REST OF MY PROPERTY. C. OFFICER K. REYELL DID NOT CONFIRM IF MY TV WAS RECEIVED IN THE DRESSING ROOM AT SOON POINT. I NEED A PROPERTY RECEIPT FOR MY T.V. BECAUSE Its NO GUARANTEE THAT ILL BE RELEASED FROM THE SHU AT THIS FACILITY. THE DRESSING ROOM SHOULDNT HAVE MY T.V WITHOUT GIVEN THE INMATE A PROPERTY RECEIPT JUST INCASE I AM TRANSFERRED TO ANOTHER FACILITY. **ACTION REQUESTED:** I WOULD LIKE FOR I.G.R.C TO "CONFIRM" THAT THE DRESSING ROOM HAVE MY ACTUAL T.V AND IF SO, ILL LIKE TO RECEIVE A PROPERTY RECEIPT FOR THE T.V. PLEASE, LET ME KNOW IF THE T.V. FELLOW ME TO THE NEXT FACILITY AS WELL. THANKS

MAY 24, 2016

DEAR BRIEVANCE COMMITTEE:

IF, YOU CONFIRM THAT INMATE WAYNE P. VANCE'S TELEVISION
HAS BEEN STOLEN OR LOSSED BY THE UPPER F BLOCK C. OFFICERS
OR ANY OTHER STATE OF NEW YORK EMPLOYEE IN THE PROCESS
OF PACKING OR SECURING THE INMATE PROPERTY, PLEASE
INFORM ME AS SOON AS POSSIBLE SO THAT THE APPROPRIATE
STEPS CAN BE TAKEN TO REIMBURSE ME FOR THE STOLEN
OR LOSSED PROPERTY.

IF THE TELEVISION IS LOSSED OR STOLEN, I WOULD
LIKE FOR I.6.R.C TO SEND ME A CLAIM FORM AND THE
APPROPRIATE PARTY INFORMATION THAT I SHOULD SEND THE
CLAIM TO WHILE I AM STILL HERE AT CLINTON. THERE HAS
TO BE SOME AUTHORITY FIGURE WHO HAS THE RESPONSIBILITY
OF HANDLING INMATE CLAIMS AT THIS FACILITY

YOUR ASSISTANCE AND COOPERATION IN THIS MATTER IS
SOING TO BE GREATLY APPRECIATED. THANK YOU FOR YOUR
HELP AND TIME WHEN IT IS REALLY NEEDED. ....

SINCERELY,
WAYNE P. VANCE 12B3612

(39)

RESPECTFULLY SUBMITTED WITH INMATE WAYNE P. VANCE
BRIEVANCE ABOUT HIM NOT RECEIVING A PROPERTY RECEIPT FOR T.V

YORK – DEPARTMENT OF CORRECTIONAL SERVICES
INTON CORRECTIONAL FACILITY

## OR POSSESSION/USE OF A PERSONALLY OWNED
## TELEVISION SET

CLINTON C.F. 5179

07/28/15          15:47:18
1287682 VANCE W
BUY LIMIT:  150.00

5400 13"FLAT SCREEN SOLD   147.00
5390 10'COAX CABLE          2.44

**SUBTOTAL            149.44
3DVT077222

I authorize the deduction
of $-149.44 from my
INMATE FUND Account

N. Vance Signature

e television.
nate's cell, room, or in dormitory bed space only.
any way.

een tampered with or altered will be removed and inspected by facility person-

it be repaired by the facility, or by a facility approved repair shop.  Costs will be

ill result in loss of the television privileges for a specified period of time, perma-
s of other privileges (i.e., commissary, recreation, etc.) based upon the findings
ding.
ception is achieved via outside antenna or cable, costs for individual service,
me by the inmate.
way their television sets without proper authorization.
red to a facility where personally owned television sets are not allowed may:

A. With the Superintendent's approval, transfer ownership of the television set to another inmate, or

B. send it home (or carry it home if being discharged), or

C. donate it to charity, or

D. authorize its destruction.

11. Shipping or mailing will be at the inmate's expense.  The facility will provide a suitable packing box.

12. Following written approval of the Superintendent, transfer of the television set to another inmate shall be handled
through the commissary so that it may be re-engraved and proper records maintained.

13. By purchasing the television set described below:

Make of television set    Clear Tech

Serial Number    1408201647

Model Number    CTTVLcd 13

I agree to follow the above guidelines.

Way
Inmate Signature
Vance, W
Original - file in inmate's Package Room Folder.
Copy to inmate

1283682          7/28/15
DIN. #            Date

(40)