AUGUST 9, 2018

COURT CLERK
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S DISTRICT COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207



DEAR THE CLERK OF THIS COURT:

GREETINGS. I AM WRITING TO FIND OUT THE STATUS OF THE FILING PROCESS TO COMMENCE THE SECTION 1983 CIVIL ACTION IN THIS COURT UPON YOUR RECEIPT OF MY COVER LETTER, CIVIL COVER SHEET, COMPLAINT, ORDER TO SHOW CAUSE, MOTION FOR POOR PERSON RELIEF, DISCOVERY MOTION, EXHIBITS AND PROOF OF SERVICE.

I RECEIVED THE CERTIFIED MAIL RECEIPT CONTAINING A POSTMARK AND RETURN RECEIPT TO DEMOSTRATE THAT THE ABOVE SAID DOCUMENTS WAS RECEIVED BY A REPRESENTATIVE OF THIS COURT ON JUNE 21, 2018. THE MOTION FOR POOR PERSON RELIEF HAD A RETURN DATE OF JULY 10, 2018, AND IVE HAVE NOT RECEIVED ANY RESPONSES FROM THIS COURT YET.

CAN YOU PLEASE RESPOND TO THIS LETTER IN THE APPROPRIATE MANNER AS SOON AS POSSIBLE. YOUR COOPERATION AND HELP WILL BE GREATLY APPRECIATED IN THIS MATTER. THANK YOU!

RESPECTFULLY SUBMITTED,

W. C. V—— 1283682
WAYNE C. VANCE 1283682
GREAT MEADOW CORRECTIONAL FACILITY
P.O. BOX 51
COMSTOCK, NEW YORK 12821-0051

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK  12821-0051

NAME: WAYNE P. VANCE   DIN: 12B3682



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 17 2018
RECEIVED

Great Meadow Correctional Facility

NEOPOST
08/15/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 12821
041M11283103

COURT CLERK
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207



"LEGAL MAIL"

1220732948 C012