COURT CLERK  
UNITED STATES DISTRICT COURT  
JAMES T. FOLEY U.S COURTHOUSE  
445 BROADWAY - ROOM 509  
ALBANY, NEW YORK 12207

SEPTEMBER 15, 2018

U.S. DISTRICT COURT - N.D. OF N.Y.  
FILED  
SEP 20 2018  
AT _____ O'CLOCK _____  
John M. Domurad, Clerk - Albany

DEAR COURT CLERK:

    GREETINGS. I AM WRITING TO ASK THAT YOU PLEASE INFORM ME OF THE STATUS OF THE FILING PROCESS FOR A SECTION 1983 CIVIL ACTION UPON RECEIPT OF MY LEGAL PAPERS WHICH WERE PERSONALLY SERVED INTO THE HANDS OF A REPRESENTATIVE OF THIS COURT ON JUNE 21, 2018.

    I HAVE RECEIVED THE CERTIFIED MAIL RECEIPT CONTAINING A POSTMARK AND RETURN RECEIPT SIGNED BY AN EMPLOYEE FROM THIS COURT CLERK'S OFFICE TO DEMOSTRATE THAT MY LEGAL PAPERS WERE PERSONALLY SERVED BY THE UNITED STATES POST OFFICE ON THE ABOVE SAID DATE.

    I WOULD LIKE TO BE RETURNED MY LEGAL PAPERS ALONG WITH AN ORDER GRANTING POOR PERSON RELIEF, SUMMONS AND PROCESS RECEIPT AND RETURN FORMS SO THAT I'LL BE ABLE TO FILL OUT THE FORMS AND RESEND ALL NECESSARY LEGAL PAPERS TO THIS COURT TO COMPLETE THE FILING PROCESS FOR THE CIVIL PROCEEDINGS TO DEFEND AND PROTECT MY RIGHTS GUARANTEED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES FOR THE CONTINUOUS ABUSE AND REPEATED HUMAN RIGHTS VIOLATIONS BY THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND SUPERVISION, COURT OF APPEALS, APPELLATE DIVISION 4TH DEPARTMENT, AND ALBANY COUNTY SUPREME COURT.

    YOUR HELP AND COOPERATION WILL BE GREATLY APPRECIATED IN THIS MATTER. THANK YOU!

RESPECTFULLY SUBMITTED,

_Wayne P. Vance_  
WAYNE P. VANCE 12B3682  
GREAT MEADOW C.F  
P.O. BOX 51  
COMSTOCK, NEW YORK 12821

MY LEGAL PAPERS CONSIST OF A CIVIL COVER SHEET, COVER LETTER, COMPLAINT, DISCOVERY MOTION, MOTION FOR POOR PERSON RELIEF, ORDER TO SHOW CAUSE, EXHIBITS AND PROOF OF SERVICE.

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: WAYNE P. VANCE   DIN: 12B3682

Great Meadow
Correctional Facility

FIRST-CLASS MAIL
NEOPOST
09/18/2018
US POSTAGE $000.47⁰
ZIP 12821
041M11283103

COURT CLERK
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
SEP 20 2018

LEGAL MAIL