RE: WAYNE P. VANCE V. THE STATE OF NEW YORK DOCCS, ET AL

CIVIL CASE # 9:19-CV-00748-MAD-ATB

U.S DISTRICT JUDGE MAE A. D'AGOSTINO

UPON SO CALLED ORDER OF U.S DISTRICT JUDGE BRENDA K. SANNES DATED SEPTEMBER 16, 2019

DEAR COURT CLERK'S OFFICE:

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 23 2019
AT____O'CLOCK
John M. Domurad, Clerk - Albany

THE NORTHERN DISTRICT COURTS HAS BEEN USING UNLAWFUL TACTICS TO PROLONG THE FILING PROCESS OF MY LEGAL PAPERS FOR APPROXIMATELY 13 MONTHS TO DISCOURAGE AND PREVENT ME FROM SEEKING TO BE RELEASED FROM THIS UNLAWFUL IMPRISONMENT FOR THE WRONGFUL DEATH OF MR. FREDERICK GELSEY JUNIOR AND COMPENSATED FOR A LONG TRAIN OF ABUSES AND REPEATED HUMAN RIGHTS VIOLATIONS BY THE GOVERNMENT DEFENDANTS. YOU HAVE MADE IT VERY CLEAR THAT THE COURTS WILL NEVER RESPOND TO MY LEGAL PAPERS IN THE APPROPRIATE MANNER SO ILL REFRAIN FROM REACHING OUT TO A COURT FOR HELP AGAIN.

THE U.S GOVERNMENT OR PEOPLE HAS BEEN USING MY FAMILY, FRIENDS AND RELATIVES TO MANIFEST MY DESTINY THROUGH THE MEDIA, SCIENCE AND TECHNOLOGY WHILE STUDYING, DOCUMENTING AND RECORDING MY PSYCHOLOGICAL AND BEHAVIORAL CHARACTERISTICS THROUGH SYSTEMATIC OBSERVATION, EXPERIMENT, TESTING, FORMULATION, MEASUREMENT AND MODIFICATION OF HYPOTHESIS. AT THIS POINT IN MY LIFE, YOU HAVE REFUSED TO RESPOND TO MY LEGAL PAPERS IN THE APPROPRIATE MANNER TO AVOID THE PENALTY FOR YOUR WRONGFUL ACTIONS SO ILL REMAIN STRONG IN THE MIST OF YOUR EVIL PLANS.

YOU CAN ALSO KEEP THE MONEY THAT THIS COURT HAS BEEN RECEIVING FROM MY INMATE ACCOUNT TO PAY THE FILING FEE FOR THE SECTION 1983 CIVIL ACTION THAT HAS NOT TAKEN PLACE BECAUSE OF YOUR ILL WILL. MAY GOD BLESS YOU AND I WISH YOU THE BEST IN YOUR PURSUIT OF HAPPINESS. EVIL DEEDS WILL BE MEASURED AND ACCOUNTED FOR UNDER THE LAWS OF CAUSATION AND FACTS.

GOD WILL JUDGE US,

W. P. V.

I'M ALREADY FREE

RE: WAYNE P. VANCE V. THE STATE OF NEW YORK DOCCS, ET. AL
     CIVIL CASE # 9:18-CV-00748-MAD-ATB
     U.S DISTRICT JUDGE MAE A. D'AGOSTINO

DEAR COURT CLERK'S OFFICE:

    GREETINGS. I AM WRITING TO INFORM YOU THAT IT DOES NOT TAKE APPROXIMATELY 2½ MONTHS TO ADDRESS MY NEW MOTION FOR THE APPOINTMENT OF COUNSEL, A CHANGE OF VENUE OR JUDGE, RECUSAL, AND PERMISSION TO AMEND THE COMPLAINT.

    THE NORTHERN DISTRICT COURTS HAS BEEN USING ILLEGAL TACTICS TO PROLONG THE FILING PROCESS OF MY LEGAL PAPERS FOR APPROXIMATELY ~13 MONTHS TO DISCOURAGE AND PREVENT ME FROM SEEKING TO BE RELEASED FROM THIS UNLAWFUL IMPRISONMENT, AND COMPENSATED FOR A LONG TRAIN OF ABUSES AND REPEATED HUMAN RIGHTS VIOLATIONS BY THE GOVERNMENT DEFENDANTS.

    THE U.S GOVERNMENT OR PEOPLE HAS PLACED ME IN PRISON BY ILLEGAL MEANS TO MANIFEST MY DESTINY THROUGH THE MEDIA, SCIENCE AND TECHNOLOGY. YOU ALL HAVE BEEN USING MY FAMILY, FRIENDS AND RELATIVES WHILE STUDYING, DOCUMENTING AND RECORDING MY PSYCHOLOGICAL AND BEHAVIORAL CHARACTERISTICS THROUGH SYSTEMATIC OBSERVATION, TESTING, EXPERIMENT, FORMULATION, MEASUREMENT AND MODIFICATION OF HYPOTHESIS.

    HOW MUCH LONGER WILL MY CHILDREN HAVE TO LIVE WITHOUT THEIR FATHER BECAUSE OF YOUR ILLEGAL SYSTEMATIC BEHAVIOR. I HAVE WENT ABOVE AND BEYOND THE CALL OF DUTY TO BE SET FREE AND COMPENSATED FOR OUR DAMAGES. CAN YOU PLEASE RESPOND TO MY LEGAL PAPERS IN THE APPROPRIATE MANNER AT THIS TIME.

                                   THANK YOU,
                                   Wayne P. Vance Jr.

RE: WAYNE P. VANCE V. THE STATE OF NEW YORK DOCCS, ET AL
    CIVIL CASE # 9:18-CV-00748-MAD-ATB
    U.S DISTRICT JUDGE MAE A. D'AGOSTINO

DEAR COURT CLERK'S OFFICE:

   GREETINGS. I AM WRITING TO INFORM YOU THAT THE NORTHERN DISTRICT COURTS HAS USED ILLEGAL TACTICS TO PROLONG THE FILING PROCESS OF MY LEGAL PAPERS FOR APPROXIMATELY 13 MONTHS TO DISCOURAGE AND PREVENT ME FROM SEEKING RELIEF AND/OR DAMAGES FOR A LONG TRAIN OF ABUSES AND REPEATED HUMAN RIGHTS VIOLATIONS BY THE GOVERNMENT DEFENDANTS.

   THE COURTS HAS REFUSED TO APPOINT ME AN ATTORNEY UPON THE GRANTING OF POOR PERSON RELIEF, FORCED ME TO SUBMIT AND RESUBMIT EXHIBITS TO PROVE MY CLAIMS BEFORE I'LL BE ALLOWED TO COMMENCE THE CIVIL ACTION, CLAIMED THAT THE COURTS DID NOT RECEIVE MY EXHIBITS BECAUSE I DIDN'T CERTIFIED MAIL THEM THROUGH THE U.S POST OFFICE, TRIED TO PREVENT ME FROM SUING CERTAIN DEFENDANTS WITHOUT LEGITIMATE GROUNDS, AND REFUSES TO ISSUE AN ORDER DIRECTING THE DEFENDANTS TO PROCESS MY DISBURSEMENTS AND PREAPPROVED ADVANCES FOR CERTIFIED MAIL AND PHOTOCOPYING SERVICES WITHOUT ANYMORE HINDRANCES SO THAT I'LL BE ABLE TO MEET YOUR DEADLINES.

   AT THIS POINT, IT HAS BEEN APPROXIMATELY 2½ MONTHS WITHOUT THIS COURT ADDRESSING MY MOTION FOR THE APPOINTMENT OF COUNSEL, A CHANGE OF VENUE OR JUDGE, RECUSAL, AND PERMISSION TO AMEND THE COMPLAINT. CAN YOU PLEASE RESPOND TO MY MOTION IN THE APPROPRIATE MANNER AT THIS TIME TO ADDRESS THE ON-GOING PROBLEMS IN THIS CIVIL ACTION.

   YOUR COOPERATION AND HELP WILL BE GREATLY APPRECIATED IN THIS MATTER. THANK YOU.

                                                  RESPECTFULLY SUBMITTED,
                                                  Wayne P. Vance

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Wayne P. Vance    DIN: 1283652

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

**RECEIVED**
SEP 23 2019

COURT CLERK'S OFFICE
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

Great Meadow
Correctional Facility

NEOPOST       FIRST-CLASS MAIL
09/20/2019
US POSTAGE $000.50⁰
                ZIP 12821
                041M11283103