COURT CLERK'S OFFICE　　　　　　　　　　　　　　　　　JUNE 2, 2021
UNITED STATES DISTRICT JUDGE BRENDA K. SANNES
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 07 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

RE: WAYNE P. VANCE V. THE STATE OF NEW YORK DOCCS, ET AL
　　　CIVIL CASE NO. 9:18-CV-00748-MAD-ATB

DEAR COURT:

　　　GREETINGS. I AM WRITING TO ASK THAT YOU PLEASE ACKNOWLEDGE RECEIPT OF MY MEMORANDUM OF LAW, AFFIDAVIT, RESPONSE TO THE DEFENDANTS STATEMENT OF MATERIAL FACTS, LIST OF POTENTIAL WITNESSES, AND PROOF OF SERVICE UPON ALL PARTIES IN THE ABOVE REFERENCE MATTER. ON MAY 31, 2021, I HAD CERTIFIED MAILED THE LEGAL PAPERS IN OPPOSITION OF THE ASSISTANT ATTORNEY GENERAL SUMMARY JUDGEMENT MOTION.
　　　YOUR COOPERATION AND HELP WILL BE GREATLY APPRECIATED IN THIS MATTER.

　　　　　　　　　　　　　　　　　　　THANK YOU,
　　　　　　　　　　　　　　　　　　　W. P. V.
　　　　　　　　　　　　　　　　　　　WAYNE P. VANCE 12B3682

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: WAYNE P. VANCE   DIN: 12B3688

ELMIRA CORRECTIONAL FACILITY

Elmira Correctional Facility

neopost
06/03/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL



ZIP 14901
041L11251115

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 07 2021

RECEIVED

THE COURT CLERK'S OFFICE
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

E.C.F. LAW LIBRARY
Privileged Legal Materials

1220782948 C012