UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WAYNE PHILLIP VANCE,

                  Plaintiff,

  -vs.-                                       Case No. 9:18-CV-748 (BKS/ATB)

GLEN ENGSTROM, et al,

                  Defendant.

**Hon. Brenda K. Sannes, United States District Judge**

## ATTORNEY APPOINTMENT ORDER

This action is trial ready, therefore, it is hereby

**ORDERED** that:

1. The following named attorney is appointed as pro bono trial counsel for plaintiff effective immediately:

   **Elizabeth Genung, Esq.**
   **Melvin & Melvin PLLC**
   **217 South Salina Street, 7th Floor**
   **Syracuse, NY 13202-1686**

   This appointment is for purposes of trial only. Any appeal shall remain the responsibility of the plaintiff alone unless a motion for appointment of counsel for an appeal is granted.

2. The Clerk shall serve a copy of this order upon plaintiff by regular mail and upon counsel by electronic mail; and

3. A telephone conference is scheduled for **Monday, November 22, 2021 at 11:30 AM.** Separate call in instructions will be provided by the Court. **It is the Court's expectation that pro bono counsel has spoken with their client, either in**

>person or by telephone, before the conference with the Court. Pro Bono counsel may make a request to the Clerk's Office to regenerate any documents filed on the docket which will be sent to the attorney via email at no cost. See N.D.N.Y. Local Rule 83.2(e).  <u>**Defense counsel is directed to forward plaintiff's newly appointed pro bono counsel with copies of any discovery not filed on CM/ECF prior to the telephone conference.**</u>

4. Any request made by Pro Bono Counsel for reimbursement of expenses upon the conclusion of this case shall be made upon application to the Court pursuant to Local Rule 83.3(g) on the attached form and filed on the Court's electronic filing system.

**IT IS SO ORDERED.**

Dated: <u>October 20, 2021</u>
Syracuse, New York

Brenda K. Sannes
U.S. District Judge