OCTOBER 18, 2021

DEAR THE COURT CLERK'S OFFICE

ENCLOSED PLEASE FIND A COPY OF MY LEGAL PACKET #1, LEGAL PACKET #2, LETTERS (34), COVER LETTER, AND PROOF OF SERVICE FOR MY LEGAL PACKETS AND OTHER PAPERS UPON ALL PARTIES INVOLVED IN THIS HISTORIC HIGH PROFILE LAWSUIT CASE.

THE PROOF OF SERVICE PAPERS IS A FIVE PAGE DOCUMENT DEMOSTRATING TO THE COURT THAT ALL PARTIES HAS SERVED WITH COPIES OF THE ABOVE SAID LEGAL PACKETS AND AT LEASE ONE OR MORE OF THE OTHER PAPERS. TAKE CARE AND I'LL BE IN TOUCH.

LOVE, RESPECT, HONESTY AND LOYALTY
WAYNE PHILLIP VANCE SENIOR



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 25 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

CERTIFIED MAIL INFORMATION
CERTIFIED MAIL ARTICLE # 7021 0350 0001 4542 9937
RETURN RECEIPT USPS TRACKING # 9590 9402 4776 8344 3588 96