NOVEMBER 2, 2021

DEAR ASSIGNED COUNSEL MRS. ELIZABETH GENUNG:

GREETINGS. I AM WRITING TO LET YOU KNOW THAT I'M NOT SIGNING YOUR ATTORNEY REPRESENTATION CONTRACT SO THAT I'LL BE ABLE TO AVOID ENTERING INTO AN AGREEMENT WHICH WILL ALLOW YOU TO BE PLACED UNDER THE CONTROL OF THE DEFENDANTS WHO ARE TRYING TO UNLAWFULLY APPOINT YOU AS A TRIAL COUNSEL TO GAIN AN UNFAIR ADVANTAGE OR FAVORABLE OUTCOME IN THIS HISTORIC HIGH PROFILE LAWSUIT CASE.

THE U.S DISTRICT COURT IN SYRACUSE ARE LABELED AS CA DEFENDANTS AND IS BEING SUED AS A RESULT OF THE WRONGFUL ACTIONS OF THEIR EMPLOYEE! AS DESCRIBED IN MY LEGAL PAPERS FILED IN THIS MATTER. U.S DISTRICT JUDGE BRENDA K. SANNES DOES NOT HAVE ANY AUTHORITY AT ALL TO ISSUE AN ORDER APPOINTING ME A TRIAL COUNSEL AS A COUNTERMEASURE TO AVOID THE ENTERING OF A JUDGEMENT BY DEFAULT FOR THE RELIEF DEMANDED IN MY LEGAL PAPERS. THE DEFENDANTS HAS REFUSED TO FULFILL THEIR OBLIGATIONS AND ACT IN ACCORDANCE WITH THE LAW SO A JUDGEMENT BY DEFAULT MUST BE ENTERED AGAINST THEM FOR THE RELIEF DEMANDED IN MY SUPPLEMENTAL COMPLAINT AND MOTION PAPERS FOR A SUMMARY JUDGEMENT WHICH IS STILL PENDING BEFORE THE COURT.

IT IS EVIDENT THAT YOU WILL NOT BE ABLE TO ACT INDEPENDENTLY BECAUSE OF YOUR CONNECTIONS WITH THE DEFENDANTS AND OTHER PEOPLE SO WE WILL HAVE TO ADDRESS ALL ISSUES INVOLVED IN THIS CASE WITH THE COURT. TAKE CARE AND I'LL BE IN TOUCH. PEACE OUT!

RESPECTFULLY SUBMITTED,

W P. V

WAYNE PHILLIP VANCE 12B3682

## AFFIDAVIT OF SERVICE

I, WAYNE P. VANCE 12B3682 HAD SERVED COPIES OF A COVER LETTER, LEGAL PACKET #3 AND PROOF OF SERVICE BY PLACING SAID DOCUMENTS INTO PROPERLY ADDRESSED LEGAL ENVELOPES AND PLACING SAID LEGAL ENVELOPES INTO THE AUBURN CORRECTIONAL FACILITY MAILBOX TO BE REGULAR MAILED UPON THE COURT CLERK'S OFFICE, UNITED STATES DISTRICT COURT, JAMES T. FOLEY U.S COURTHOUSE, 445 BROADWAY - ROOM 509, ALBANY, NEW YORK 12207 ON NOVEMBER 4, 2021; THE UNITED STATES ATTORNEY GENERAL OFFICE, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW 20530 ON NOVEMBER 4, 2021; THE STATE OF NEW YORK ATTORNEY GENERAL OFFICE, DEPARTMENT OF LAW, THE CAPITOL, ALBANY, NEW YORK 12224 ON NOVEMBER 4, 2021; AND ELIZABETH GENUNG ESQ, MELVIN & MELVIN PLLC, 217 SOUTH SALINA STREET - 7TH FLOOR, SYRACUSE, NEW YORK 13202 ON NOVEMBER 4, 2021.

RESPECTFULLY SUBMITTED,

_W__ P. V____
WAYNE P. VANCE 12B3682

WITNESS SIGNATURE

_____

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK  13024

NAME: Wayne P. Vance    DIN: 12B3692

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

NOV 15 2021

RECEIVED

NEOPOST
11/10/2021
US POSTAGE $001.76
ZIP 13118
041M111463873

THE COURT CLERK'S OFFICE
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207

★ ADVANCE
"LEGAL MAIL"

CAYUGA ★ TIONAL FACILITY