UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, Elizabeth A. Genung_____, duly appointed as counsel pro bono to

represent Wayne Phillip Vance_____ in the matter of

Wayne Phillip Vance_____ v. NYDOCCS, et al._____

Civil Action No. 9:18_-CV-00748, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ 12~~3~~.86 124.91 (MC)

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: 12/17/2021_____.

Counsel Pro Bono (Signature): _Elizabeth_____

The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: _12|17|21_____.

Presiding Judge (Signature): _Brenda K Sannes_____

IT IS SO ORDERED.

Dated: _1/18/22_____.

_____
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### Pro Bono Expense Voucher

**Attorney(s) Name:** Elizabeth A. Genung, Esq.

**Law Firm Name:** Melvin & Melvin, PLLC

**Mailing Address of Law Firm:** 217 South Salina Street, 7th FL

**City/State/Zip:** Syracuse, NY 13202

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:18-cv-00748

**Party Represented:** Wayne Phillip Vance, Plaintiff

**Dates of Service:** From: 10/20/21    To: 12/16/21

*Rates Effective October 2017 through September 2018*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: | Lodging | Meals |
|---|---|---|
| Syracuse | $103 | $59 |
| Albany | $115 | $59 |
| Utica | $93 | $51 |
| Binghamton | $95 | $59 |
| Plattsburgh | $93 | $51 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

123.86    124.91

Finance Audit ___MC___ Date: 12/28/2021

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** _Elizabeth A. Genung_    **Date:** 12/17/21

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

1

# Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s):  Elizabeth A. Genung, Esq.

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .545 (EFFECTIVE 1/1/18) | TOTAL |
|------|-------------|---------|---------------------|---------|------------------------------------|-------|
| 11/17/2021 | Privately Owned Vehicle | Syracuse/Auburn Prison (tolls) | 1.92 | 70 | 0.545  .50 | 40  .07 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL: | 40  .07 |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

2

## Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval.  Please see guidelines for further details.

Attorney(s):  Elizabeth A. Genung, Esq.

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|---|---|---|---|
| 10/20/2021 | Postage | Serve Plaintiff notice of appearance | 0.53 |
| 10/20/2021 | Photocopies (1) (.20) | Serve Plaintiff notice of appearance | 0.20 |
| 10/22/2021 | Postage | Correspondence w/Plaintiff | 0.53 |
| 10/22/2021 | Photocopies (2) (.20) | Correspondence w/Plaintiff | 0.40 |
| 11/16/2021 | Photocopies (230) (.20) | Copy deposition, orders | 46.00 |
| 11/18/2021 | Postage | Correspondence w/Plaintiff | 8.80 |
| 11/18/2021 | Photocopies (132) (.20) | Correspondence w/Plaintiff, incl. exhibits | 26.40 |
| 12/15/2021 | Postage | Correspondence w/Plaintiff | 0.53 |
| 12/15/2021 | Photocopies (2) (.20) | Correspondence w/Plaintiff | 0.40 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL: | 83.79 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WAYNE PHILLIP VANCE,

                         Plaintiff,

     -vs.-                                Case No. 9:18-CV-748 (BKS/ATB)

GLEN ENGSTROM, et al,

                        Defendant.

_____

Hon. Brenda K. Sannes, United States District Judge

## ATTORNEY APPOINTMENT ORDER

This action is trial ready, therefore, it is hereby

**ORDERED** that:

1.     The following named attorney is appointed as pro bono trial counsel for plaintiff effective immediately:

        **Elizabeth Genung, Esq.**
        **Melvin & Melvin PLLC**
        **217 South Salina Street, 7th Floor**
        **Syracuse, NY 13202-1686**

        This appointment is for purposes of trial only. Any appeal shall remain the responsibility of the plaintiff alone unless a motion for appointment of counsel for an appeal is granted.

2.     The Clerk shall serve a copy of this order upon plaintiff by regular mail and upon counsel by electronic mail; and

3.     A telephone conference is scheduled for <u>Monday, November 22, 2021 at 11:30</u> <u>AM.</u> Separate call in instructions will be provided by the Court. **It is the Court's expectation that pro bono counsel has spoken with their client, either in**

person or by telephone, before the conference with the Court. Pro Bono

counsel may make a request to the Clerk's Office to regenerate any

documents filed on the docket which will be sent to the attorney via email at

no cost. See N.D.N.Y. Local Rule 83.2(e).  <u>Defense counsel is directed to

forward plaintiff's newly appointed pro bono counsel with copies of any

discovery not filed on CM/ECF prior to the telephone conference.</u>

4.      Any request made by Pro Bono Counsel for reimbursement of expenses upon the

conclusion of this case shall be made upon application to the Court pursuant to

Local Rule 83.3(g) on the attached form and filed on the Court's electronic filing

system.

**IT IS SO ORDERED.**

Dated: <u>October 20, 2021</u>
       Syracuse, New York

Brenda K. Sannes
U.S. District Judge